IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00270-MR-WCM

| | | |
|---|---|---|
| MACKENZIE ELAINE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HENDERSON COUNTY | ) | |
| SHERIFF'S OFFICE; | ) | |
| ROBERT JORDAN WARREN | ) | |
| *Sheriff Deputy with Henderson* | ) | |
| *County Sheriff's Office - Patrol Division;* | ) | |
| MICHAEL SCOTT LINDSAY | ) | |
| *Sheriff Deputy with Henderson County* | ) | |
| *Sheriff's Office - Patrol Division;* | ) | |
| CRYSTAL D. LANDERS | ) | |
| *Sheriff Deputy with Henderson County* | ) | |
| *Sheriff's Office - Patrol Division;* | ) | |
| JOHNNY E. DUNCAN, JR. | ) | |
| *Henderson County Director of* | ) | |
| *Technical Services/Public* | ) | |
| *Information Officer;* | ) | |
| BRADLEY R. REESE | ) | |
| *Animal Enforcement Officer with* | ) | |
| *Henderson County Sheriff's Department;* | ) | |
| BRITTANY NICOLE MAYBIN | ) | |
| *Detention Facility Officer with* | ) | |
| *Henderson County Detention Facility* | ) | |
| SUSAN N. OATES | ) | |
| *Magistrate with North Carolina* | ) | |
| *Administrative Office of the Courts;* and | ) | |
| EMILY GREENE COWAN | ) | |
| *District Court Judge with the* | ) | |
| *North Carolina Consolidated* | ) | |
| *Judicial Retirement System,* | ) | |
| | ) | |
| Defendants. | ) | |

1

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application," Doc. 2).

Upon review of the Application, it appears that Plaintiff has limited income and assets and is entitled to proceed *in forma pauperis* in this case.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Application (Doc. 2) is **GRANTED**, and Plaintiff is permitted to proceed without prepayment of the filing fee or giving security therefor.

2. The Court further **DIRECTS** that:

   a. To the extent she has not already done so, on or before October 2, 2023, Plaintiff shall prepare summonses for Defendants and submit the summonses to the Clerk.

   b. After the summonses have been received and issued, the Clerk is respectfully directed to deliver process to the United States Marshal's Service.

   c. The United States Marshal's Service shall serve process upon Defendants at the expense of the United States Government.

d. Notwithstanding service of process by the United States Marshal's Service as directed herein, Plaintiff remains responsible for making sure that service is effected properly pursuant to the Rules of Civil Procedure.

Signed: September 18, 2023

W. Carleton Metcalf
United States Magistrate Judge