UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.
Henderson County Sheriff's Office et al.
*Defendant*

Civil Action No. 1 23-cv-270-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Henderson County Sheriff's Office

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Katherine Hord Simon, Clerk
United States District Court

Date 9/18/2023

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________________________.

☐ I personally served the summons on the defendant at *(place)* ______________________________ on *(date)* ______________________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________, a person of suitable age and discretion who resides there, on *(date)* ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________________ on *(date)* ______________________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

______________________________

My fees are $ ______________ for travel and $ ______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date:______________________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.
Robert Jordan Warren
et al.
*Defendant*

Civil Action No. 1:23-CV-270-MR-WCM

SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*
Robert Jordan Warren

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Katherine Hord Simon, Clerk
United States District Court

Date 9/18/2023

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________________________.

❑ I personally served the summons on the defendant at *(place)* ______________________________ on *(date)* ______________________________; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________, a person of suitable age and discretion who resides there, on *(date)* ______________________________, and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* ______________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________________ on *(date)* ______________________________; or

❑ I returned the summons unexecuted because ______________________________; or

❑ Other *(specify)*:

______________________________

My fees are $ ______________ for travel and $ ______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ______________________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.
Michael Scott Lindsay
et al.
*Defendant*

Civil Action No. 1:23-CV-270-MR-WCM

SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Michael Scott Lindsay

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Katherine Hord Simon, Clerk
United States District Court

Date 9/18/2023

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________________.

☐ I personally served the summons on the defendant at *(place)* ______________________ on *(date)* ______________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________________; or

☐ I returned the summons unexecuted because ______________________; or

☐ Other *(specify)*:

______________________

My fees are $ ______________ for travel and $ ______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date:______________________

______________________
Server's signature

______________________
Printed name and title

______________________
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.

Crystal D. Landers
et al.

*Defendant*

Civil Action No. 1:23-CV-270-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Crystal D. Landers

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date 9/18/2023

Katherine Hord Simon, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________________________.

☐ I personally served the summons on the defendant at *(place)* ______________________________ on *(date)* ______________________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________, a person of suitable age and discretion who resides there, on *(date)* ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________________ on *(date)* ______________________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

______________________________

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ ______________.

I declare under penalty of perjury that this information is true.

Date: ______________________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.

Johnny E. Duncan Jr.
et al.
*Defendant*

Civil Action No. 1:23-CV-270

SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*
Johnny E. Duncan Jr.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Katherine Hord Simon, Clerk
United States District Court

Date 9/18/2023

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________________________.

☐ I personally served the summons on the defendant at *(place)* ______________________________ on *(date)* ______________________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________, a person of suitable age and discretion who resides there, on *(date)* ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________________ on *(date)* ______________________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

______________________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

I declare under penalty of perjury that this information is true.

Date: ______________________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.
Bradley R. Reese et al.
*Defendant*

Civil Action No. 1:23-CV-270-MR-WCM

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Bradley R. Reese

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date 9/18/2023

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

**This summon for *(name of individual and title, if any)***

______________________________

**was received by me on *(date)*** ______________________________.

❑ **I personally served the summons on the defendant at *(place)*** ______________________________ **on *(date)*** ______________________________; **or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)*** ______________________________, **a person of suitable age and discretion who resides there, on *(date)*** ______________________________, **and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)*** ______________________________, **who is designated by law to accept service of process on behalf of *(name of organization)*** ______________________________ **on *(date)*** ______________________________; **or**

❑ **I returned the summons unexecuted because** ______________________________; **or**

❑ **Other *(specify)*:**

______________________________

**My fees are $** ______________ **for travel and $** ______________ **for services, for a total of $**______________.

**I declare under penalty of perjury that this information is true.**

**Date:**______________________

______________________________
**Server's signature**

______________________________
**Printed name and title**

______________________________
**Server's address**

**Additional information regarding attempted service, etc:**

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.
Brittany Nicole Maybin
et al.
*Defendant*

Civil Action No. 1:23-CV-270-MR-WCM

SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Brittany Nicole Maybin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA

Katherine Hord Simon, Clerk
United States District Court

Date 9/18/2023

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________________________.

☐ I personally served the summons on the defendant at *(place)* ______________________________ on *(date)* ______________________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________________, a person of suitable age and discretion who resides there, on *(date)* ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________________ on *(date)* ______________________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

______________________________

My fees are $ ______________ for travel and $ ______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date:______________________ ______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.

Susan N. Oates
et al.
*Defendant*

Civil Action No. 1:23-CV-270-MR-WCM

SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Susan N. Oates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Katherine Hord Simon, Clerk
United States District Court

Date 9/18/2023

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________________.

☐ I personally served the summons on the defendant at *(place)* ______________________ on *(date)* ______________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________________; or

☐ I returned the summons unexecuted because ______________________; or

☐ Other *(specify)*:

______________________

My fees are $ ____________ for travel and $ ____________ for services, for a total of $____________.

I declare under penalty of perjury that this information is true.

Date: ______________________

______________________
Server's signature

______________________
Printed name and title

______________________
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*
v.
Emily Greene Cowan
et al.
*Defendant*

Civil Action No. 1:23-cv-270-MR-WCM

SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Emily Greene Cowan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · WESTERN DISTRICT OF NORTH CAROLINA

Katherine Hord Simon, Clerk
United States District Court

Date 9/18/2023

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ____________________

was received by me on *(date)* ____________________.

☐ I personally served the summons on the defendant at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ____________________; or

☐ Other *(specify)*:

____________________

My fees are $ __________ for travel and $ __________ for services, for a total of $__________.

I declare under penalty of perjury that this information is true.

Date: ____________________

____________________
Server's signature

____________________
Printed name and title

____________________
Server's address

Additional information regarding attempted service, etc: