**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Susan N. Oates

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Mackenzie Elaine Brown<br>158 Haven Rd.<br>East Flat Rock, NC 28726 | Number of process to be served with this Form 285: 2 |
| | Number of parties to be served in this case: 9 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Deputy SMM O/B/O | | 828-771-7219 | 9/18/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | | 9/19/2023 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Monica Jarnigan, Henderson County Magistrate | 10/11/23 | 0915 | ☑ am ☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:49 am, Sep 19 2023

Form USM-285
Rev. 03/21

(WDNC Rev. 01/17) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Mackenzie Elaine Brown

*Plaintiff*

v.

Susan N. Oates
et al.

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. | 23-cv-270 MR-WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Susan N. Oates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **9/18/2023**

_Katherine H. Simon_

Katherine Hord Simon, Clerk
United States District Court

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_Susan N. Oates_

was received by me on *(date)* _09/19/2023_

☐ I personally served the summons on the defendant at
*(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☒ I served the summons on *(name of individual)* _Monica Jernigan, Magistrate, Henderson County._
who is designated by law to accept service of process on behalf of *(name of organization)*
_Susan N. Oates_ on *(date)* _10/11/2023_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _0.00_ for travel and $ _65.00_ for services, for a total of
$ _65.00_.

I declare under penalty of perjury that this information is true.

Date: _10/11/2023_

_____
Server's signature

_Aaron Bryson DUSM_
Printed name and title

_100 Otis St Asheville, NC 28801_
Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brittany Nicole Maybin

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mackenzie Elaine Brown<br>158 Haven Rd.<br>East Flat Rock, NC 28726 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Deputy SMM O/B/O | | 828-771-7219 | 9/18/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | *[signature]* | 9/19/2023 |

I hereby certify and return that I ☐ have personally served ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Riley Belue, Administrative Assitant Blue Ridge Police | 10/11/2023 | 0955 | ☑ am<br>☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*[signature]* DUSM | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS  Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:49 am, Sep 19 2023

Form USM-285
Rev. 03/21

(WDNC Rev. 01/17) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Mackenzie Elaine Brown )
*Plaintiff* )
v. )  Civil Action No. | 23-CV-270 MR-WCM
)
Brittany Nicole Maybin )
)
et al. )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Brittany Nicole Maybin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Katherine Hord Simon, Clerk
United States District Court

Date ___9/18/2023___

(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
Brittany Nicole Maybin

Was received by me on *(date)* 09/19/2023

☐ I personally served the summons on the defendant at
*(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☒ I served the summons on *(name of individual)* Riley Belue, Blue Ridge College Admin
who is designated by law to accept service of process on behalf of *(name of organization)*
Brittany Nicole Maybin on *(date)* 10/11/2023 _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* _____

My fees are $ 0.00 _____ for travel and $ 65.00 _____ for services, for a total of
$ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/2023

_____
Server's signature

Aaron Bryson DUSM
Printed name and title

100 Otis St Asheville, NC 28801
Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Bradley R. Reese

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Mackenzie Elaine Brown<br>158 Haven Rd.<br>East Flat Rock, NC 28726 | Number of process to be served with this Form 285: 2 |
| | Number of parties to be served in this case: 9 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| /s/ Deputy SMM O/B/O  ☑ PLAINTIFF  ☐ DEFENDANT | 828-771-7219 | 9/18/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | *(signature)* | 9/19/2023 |

I hereby certify and return that I ☐ have personally served , ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Robert Jordan Warren, Deputy Sheriff, HCSO | 10/11/23 | 09:15 | ☑ am ☐ pm |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | *(signature)* DUSM |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:49 am, Sep 19 2023

Form USM-285
Rev. 03/21

(WDNC Rev. 01/17) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Mackenzie Elaine Brown
      *Plaintiff*

      v.

Bradley R. Reese
    et al.

      *Defendant*

)
)
)
)
)
)
)

Civil Action No. | 23-CV-270-MR-WCM

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Bradley R. Reese

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mackenzie Elaine Brown
    158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **9/18/2023**

Katherine Hord Simon, Clerk
United States District Court

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*
Bradley R. Reese
was received by me on *(date)* 09/19/2023 .

☐ I personally served the summons on the defendant at
*(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

☒ I served the summons on *(name of individual)* Lt. Robert Jordan Warren, Deputy Sheriff HCSO
who is designated by law to accept service of process on behalf of *(name of organization)*
Bradley R. Reese on *(date)* 10/11/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of
$ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/2023 _____

_____
Server's signature

Aaron Bryson DUSM
Printed name and title

100 Otis St Asheville, NC 28801
Server's address

Additional information regarding attempted service, etc:

# PROCESS RECEIPT AND RETURN

*See ["Instructions for Service of Process by U.S. Marshal"](#)*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

John E. Duncan Jr.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mackenzie Elaine Brown 158 Haven Rd. East Flat Rock, NC 28726 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| /s/ Deputy SMM O/B/O ☑ PLAINTIFF ☐ DEFENDANT | 828-771-7219 | 9/18/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | | 9/19/2023 |

I hereby certify and return that I ☐ have personally served , ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Robert Jordan Warren, Deputy Sheriff, HCSO | 10/11/23 | 0915 | ☑ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | DUSM |

*Costs shown on [attached USMS Cost Sheet](#) >>*

**REMARKS**
Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:49 am, Sep 19 2023

Case: 1:23-cv-00270-MR-WCM   Document 4   Filed 09/18/2023   Page 5 of 9
Case 1:23-cv-00270-MR-WCM   Document 5   Filed 10/12/23   Page 10 of 24

Form USM-285
Rev. 03/21

*(WDNC Rev. 01/17) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*

v.

Johnny E. Duncan Jr.
et al.
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 1 23 CV-270

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Johnny E. Duncan Jr.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Katherine Hord Simon, Clerk
United States District Court

Date ___9/18/2023___

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*
John E. Duncan Jr.
was received by me on *(date)* 09/19/2023 _____.

☐    I personally served the summons on the defendant at
*(place)* _____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☑    I served the summons on *(name of individual)* Lt. Robert Jordan Warren, Deputy Sheriff, HCSO
who is designated by law to accept service of process on behalf of *(name of organization)*
John E. Duncan Jr.    on *(date)* 10/11/2023 _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*: _____

My fees are $ 0.00 _____ for travel and $ 65.00 _____ for services, for a total of
$ 65.00 _____.

I declare under penalty of perjury that this information is true.

Date: 10/11/2023 _____

_____
Server's signature

Aaron Bryson DUSM
Printed name and title

100 Otis St Asheville, NC 28801
Server's address

Additional information regarding attempted service, etc:

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |
| DEFENDANT | TYPE OF PROCESS |
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Crystal D. Landers
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mackenzie Elaine Brown
158 Haven Rd.
East Flat Rock, NC 28726 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Deputy SMM O/B/O | ☑ PLAINTIFF  ☐ DEFENDANT | 828-771-7219 | 9/18/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | [signature] | 9/19/2023 |

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Robert Jordan Warren, Deputy Sheriff, HCSO | 10/11/23 | 0915 | ☒ am ☐ pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |
| | [signature] pusu | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:49 am, Sep 19 2023

Form USM-285
Rev. 03/21

(WDNC Rev. 01/17) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Mackenzie Elaine Brown

*Plaintiff*

v.

Crystal D. Landers
et al.

*Defendant*

)
)
)
)
)
)
)

Civil Action No. 1:23 CV 270 MR-WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Crystal D. Landers

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date **9/18/2023**

Katherine Hord Simon, Clerk
United States District Court

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

Crystal D. Landers

was received by me on *(date)* 09/19/2023 _____.

☐    I personally served the summons on the defendant at
*(place)* _____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☑    I served the summons on *(name of individual)* Lt. Robert Jordan Warren, Deputy Sheriff, HCSO
who is designated by law to accept service of process on behalf of *(name of organization)*
Crystal D. Landers    on *(date)* 10/11/2023 _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:
_____

My fees are $ 0.00 _____ for travel and $ 65.00 _____ for services, for a total of
$ 65.00 _____.

I declare under penalty of perjury that this information is true.

Date: 10/11/2023 _____

_____
Server's signature

Aaron Bryson DUSM
_____
Printed name and title

100 Otis St Asheville NC 28801
_____
Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Scott Lindsay

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mackenzie Elaine Brown<br>158 Haven Rd.<br>East Flat Rock, NC 28726 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>/s/ Deputy SMM O/B/O | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>828-771-7219 | DATE<br>9/18/2023 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | *[signature]* | 9/19/2023 |

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Robert Jordan Warren, Deputy Sheriff, HCSO | Date<br>10/11/2023 | Time<br>0915 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*[signature]* DUSM | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:48 am, Sep 19 2023

(WDNC Rev. 01/17) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Mackenzie Elaine Brown )
*Plaintiff* )
v. ) Civil Action No. 1 23-CV-270-MR-WCM
)
Michael Scott Lindsay )
)
et al. )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Michael Scott Lindsay

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Katherine Hord Simon, Clerk
United States District Court

Date **9/18/2023**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_Michael Scott Lindsay_
was received by me on *(date)* _09/19/2023_.

☐ I personally served the summons on the defendant at
*(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☒ I served the summons on *(name of individual)* _Lt Robert Jordan Warren, Deputy Sheriff, HCSO_
who is designated by law to accept service of process on behalf of *(name of organization)*
_Michael Scott Lindsay_ on *(date)* _10/11/2023_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _8.00_ for travel and $ _65.00_ for services, for a total of
$ _65.00_ .

I declare under penalty of perjury that this information is true.

Date: _10/11/2023_

_____
Server's signature

_Aaron Bryson Dusty_
Printed name and title

_100 Otis St Asheville, NC 28801_
Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |
| DEFENDANT | TYPE OF PROCESS |
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Robert Jordan Warren

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mackenzie Elaine Brown<br>158 Haven Rd.<br>East Flat Rock, NC 28726 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Deputy SMM O/B/O | | 828-771-7219 | 9/18/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | | 9/19/2023 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Robert Jordan Warren, Deputy Sheriff, HCSO | 10/11/23 | 0915 | ☒ am<br>☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| | | | DUSM |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:48 am, Sep 19 2023

Form USM-285
Rev. 03/21

(WDNC Rev. 01/17) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Mackenzie Elaine Brown
*Plaintiff*

v.

Robert Jordan Warren
et al.

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 1:23-CV-270-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Robert Jordan Warren

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date ___9/18/2023___

Katherine Hord Simon, Clerk
United States District Court

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*
Robert Jordan Warren
was received by me on *(date)* 09/19/2023

☒ I personally served the summons on the defendant at
*(place)* Henderson County Sheriff's Office
on *(date)* 10/11/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of
$ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/2023

_____
Server's signature

Aaron Bryson DUSM
Printed name and title

100 Otis St Asheville, NC 28801
Server's address

Additional information regarding attempted service, etc:

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |
| DEFENDANT | TYPE OF PROCESS |
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Henderson County Sheriff's Office

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 N. Grove St., Hendersonville, NC 28792

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mackenzie Elaine Brown<br>158 Haven Rd.<br>East Flat Rock, NC 28726 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Deputy SMM O/B/O | | 828-771-7219 | 9/18/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. 58 | | 9/18/2023 |

I hereby certify and return that I ☐ have personally served , ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Robert Jordan Warren, Deputy Sheriff, HCSO | 10/11/23 | 09 15 | ☑ am ☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |  |  |
| | DUSM | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:48 am, Sep 19 2023

Case: 1:23-cv-00270-MR-WCM   Document 4   Filed 09/18/2023   Page 1 of 9
Case 1:23-cv-00270-MR-WCM   Document 5   Filed 10/12/23   Page 22 of 24

Form USM-285
Rev. 03/21

[WDNC Rev. 01/17] Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Mackenzie Elaine Brown )
     *Plaintiff* )
     v. )    Civil Action No. | 23-CV-270-MR-WCM
Henderson County )
  Sheriff's Office )
      et al. )
     *Defendant* )

### SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

    Henderson County Sheriff's Office

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mackenzie Elaine Brown
    158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date     **9/18/2023**

Katherine Hord Simon, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
Henderson County Sheriff's Office
Was received by me on *(date)* 09/19/2023 .

☐   I personally served the summons on the defendant at
*(place)* _____
on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

☒   I served the summons on *(name of individual)* Lt. Robert Jordan Warren, Deputy Sheriff, HCSO
who is designated by law to accept service of process on behalf of *(name of organization)*
Henderson County Sheriff's Office on *(date)* 10/11/2023 ; or

☐   I returned the summons unexecuted because _____ ; or

☐   Other *(specify)*:
_____

My fees are $ 0.00 for travel and $ 65.00 for services, for a total of
$ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/2023

_____
Server's signature

Aaron Bryson DUSM
Printed name and title

100 Otis St Asheville, NC 28801
Server's address

Additional information regarding attempted service, etc: