# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mackenzie Elaine Brown | 1:23-cv-270-MR-WCM |
| DEFENDANT | TYPE OF PROCESS |
| Henderson County Sheriff's Office, et al, | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Emily Greene Cowan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mackenzie Elaine Brown
158 Haven Rd.
East Flat Rock, NC 28726

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 9
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
/s/ Deputy SMM O/B/O
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 828-771-7219
DATE: 9/18/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 58
District to Serve No.: 58
Signature of Authorized USMS Deputy or Clerk
Date: 9/19/2023

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 10/13/2023
Time: 4:58 pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: Received and entered. Assigned for personal service.

Unable to make contact/locate Emily Greene Cowan. Attempted to make contact at last place of employment. Cowan no longer works in Henderson County as a Judge. Obtained phone number for Cowan and called and left voicemail. To date no call back has been received.
AJB DUSM

Received
U.S. Marshals Service
Charlotte, NC
10:49 am, Sep 19 2023

Case: 1:23-cv-00270-MR-WCM  Document 4  Filed 09/18/2023  Page 9 of 9
Form USM-285
Rev. 03/21
Case 1:23-cv-00270-MR-WCM  Document 6  Filed 10/16/23  Page 1 of 3

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Mackenzie Elaine Brown

*Plaintiff*

v.

Emily Greene Cowan

et al.

*Defendant*

Civil Action No. 1 23-CV-270-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Emily Greene Cowan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mackenzie Elaine Brown
158 Haven Rd, East Flat Rock, NC 28726

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Katherine H. Simon* (signature)

Date 9/18/2023

Katherine Hord Simon, Clerk
United States District Court

(WDNC Rev. 01/17) Summons in a Civil Action

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* Emily Greene Cowan

was received by me on *(date)* 09/19/2023 .

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because Unable to locate Cowan with provided information ; or

☐ Other *(specify)*: _____

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2023

*Server's signature*

Aaron J Bryson DUSM
*Printed name and title*

100 Otis St Asheville, NC 28801
*Server's address*

Additional information regarding attempted service, etc:

Case: 1:23-cv-00270-MR-WCM   Document 4   Filed 09/18/2023   Page 18 of 18
Case 1:23-cv-00270-MR-WCM   Document 6   Filed 10/16/23   Page 3 of 3