ATTN: Clerk of Court's Office
       United States
       Western District of North Carolina
       Asheville Division
       10/13/2023
       Letter from: Mackenzie Elaine Brown
       Regarding File #: 1:23-CV-270-MR-WCM

   The enclosed document is a summons form
with more details than the original form I
submitted for Defendant Emily Greene Cowan.
Please update the file & please send the new
summons form to the US Marshall Service
so they can serve that Defendant ASAP.
I appreciate it!

   Mackenzie Elaine Brown

RECEIVED
ASHEVILLE, NC

OCT 16 2023

U.S. DISTRICT COURT
W. DISTRICT OF N.C.