Mackenzie Elaine Brown
158 Haven Rd
East Flat Rock, NC 28726

GREENVILLE SC 296
14 OCT 2023 PM 2

RECEIVED
ASHEVILLE, NC
OCT 16 2023
U.S. DISTRICT COURT,
W. DISTRICT OF N.C.

Clerk U.S. District Court
309 US Courthouse Bldg
100 Otis Street
Asheville, NC 28801

28801-261184