**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Mackenzie Elaine Brown | **COURT CASE NUMBER** 1:23-cv-270-MR-WCM |
| **DEFENDANT** Henderson County Sheriff's Office, et al, | **TYPE OF PROCESS** Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Emily Greene Cowan
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
743 Old Orchard Dr., Laurel Park, N.C. 28739

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mackenzie Elaine Brown
158 Haven Rd.
East Flat Rock, NC 28726

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 9
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Deputy SMM O/B/O
TELEPHONE NUMBER: 828-771-7219
DATE: 10/17/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 58
District to Serve: No. 58
Signature of Authorized USMS Deputy or Clerk
Date: 10/17/2023

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Emily Greene Cowan
Date: 10/25/2023  Time: 2:15 ☒ pm

Address (complete only different than shown above):
100 Otis St Asheville, NC 28801

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Received and entered. Assigned for personal service.

Received
U.S. Marshals Service
Charlotte, NC
10:50 am, Oct 17 2023

Form USM-285
Rev. 03/21

| | Received |
|---|---|
| **UNITED STATES DISTRICT COURT** | U.S. Marshals Service |
| for the | Charlotte, NC |
| **Western District of North Carolina** | 10:50 am, Oct 17 2023 |

Mackenzie Elaine Brown )
    *Plaintiff* )
v. )   Civil Action No. 1:23-CV-270-MR-WCM
Emily Greene Cowan )
   et al. )
    *Defendant* )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Emily Greene Cowan
    743 Old Orchard Dr, Laurel Park, NC 28739

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mackenzie Elaine Brown
    158 Haven Rd, East Flat Rock, NC 28726

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



    *[Signature]*            Date  **10/17/2023**

Katherine Hord Simon, Clerk
United States District Court

(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_Emily Greene Cowan_
was received by me on *(date)* _10/25/2023_.

☒ I personally served the summons on the defendant at
*(place)* _100 Otis Street Asheville, NC 28801_
on *(date)* _10/25/2023 @ 2:15pm_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _65.00_ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date: _10/25/2023_

_[signature]_
Server's signature

_Aaron J. Bryson DUSM_
Printed name and title

_100 Otis St Asheville, NC 28801_
Server's address

Additional information regarding attempted service, etc: