# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Case No.: 1:23-CV-00270-MR-WCM

| | |
|---|---|
| **MACKENZIE ELAINE BROWN,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) **NOTICE OF APPEARANCE** |
| **HENDERSON COUNTY SHERIFF'S OFFICE, et al.,** | )<br>)<br>) |
| **Defendants.** | ) |

NOW COMES the undersigned, Special Deputy Attorney General Elizabeth Curran O'Brien, and makes an appearance in this matter on behalf of Defendants Susan N. Oates, Magistrate Judge for Judicial District 29B, in her individual and official capacity, and Emily Greene Cowan, former District Court Judge for Judicial District 29B, in her individual and official capacity.

Respectfully submitted this the 1st day of November, 2023.

JOSHUA H. STEIN
Attorney General

/s/Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Fax: (919) 716-6755
eobrien@ncdoj.gov
State Bar No. 28885
*Counsel for Defendants Oates & Cowan*

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system addressed to the following individuals:

Mackenzie Elaine Brown
158 Haven Road
East Flat Rock, NC 28726
mackenzieb0897@gmail.com
*Pro Se Plaintiff*

This the 1st day of November, 2023.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice