IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No.: 1:23-CV-00270-MR-WCM

| | |
|---|---|
| **MACKENZIE ELAINE BROWN,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )  **ORDER**<br>) |
| **HENDERSON COUNTY SHERIFF'S OFFICE, et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

Defendants Susan N. Oates, Magistrate Judge for Judicial District 29B, and Emily Greene Cowan, former District Court Judge for Judicial District 29B, moved the court for an extension of time to file an answer or other responsive pleading to Plaintiff's Complaint [DE 1]. For good cause shown, the motion is ALLOWED and the aforementioned Defendants shall have up to and including December 1, 2023, to answer or otherwise plead to Plaintiff's Complaint.

SO ORDERED, this _____ day of _____, 2023.

_____
United States District Judge/Magistrate/Clerk