IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00270-MR-WCM

| | |
|---|---|
| MACKENZIE ELAINE BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENDERSON COUNTY ) <br> SHERIFF'S OFFICE; ) <br> ROBERT JORDAN WARREN ) <br> *Sheriff Deputy with Henderson* ) <br> *County Sheriff's Office - Patrol Division*; ) <br> MICHAEL SCOTT LINDSAY ) <br> *Sheriff Deputy with Henderson County* ) <br> *Sheriff's Office - Patrol Division*; ) <br> CRYSTAL D. LANDERS ) <br> *Sheriff Deputy with Henderson County* ) <br> *Sheriff's Office - Patrol Division*; ) <br> JOHNNY E. DUNCAN, JR. ) <br> *Henderson County Director of* ) <br> *Technical Services/Public* ) <br> *Information Officer*; ) <br> BRADLEY R. REESE ) <br> *Animal Enforcement Officer with* ) <br> *Henderson County Sheriff's Department*; ) <br> BRITTANY NICOLE MAYBIN ) <br> *Detention Facility Officer with* ) <br> *Henderson County Detention Facility* ) <br> SUSAN N. OATES ) <br> *Magistrate with North Carolina* ) <br> *Administrative Office of the Courts*; and ) <br> EMILY GREENE COWAN ) <br> *District Court Judge with the* ) <br> *North Carolina Consolidated* ) <br> *Judicial Retirement System,* ) <br> ) <br> Defendants. ) | ORDER |

1

This matter is before the Court on a Motion for Extension of Time to Answer or Otherwise Respond (the "Motion," Doc. 13) filed by Defendants Susan N. Oates and Emily Greene Cowan (the "Moving Defendants").

For the reasons set forth in the Motion, the Motion (Doc. 13) is **GRANTED**, and the deadline for the Moving Defendants to file an answer or otherwise respond to Plaintiff's Complaint is **EXTENDED** through and including December 1, 2023.

It is so ordered.

Signed: November 2, 2023

W. Carleton Metcalf
United States Magistrate Judge