IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

    Plaintiffs,

v.

HENDERSON COUNTY
SHERIFF'S OFFICE, et al.

    Defendants.

**EXHIBIT LIST**

| | |
|---|---|
| EXHIBIT 1 | WARRANT FOR ARREST |
| EXHIBIT 2 | CONDITIONS AND ORDER FOR RELEASE |
| EXHIBIT 3 | APPEARANCE BOND FOR PRETRIAL RELEASE |
| EXHIBIT 4 | JUDGMENT AND COMMITMENT |
| EXHIBIT 5 | DISMISSAL |