IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

   Plaintiffs,

v.

HENDERSON COUNTY
SHERIFF'S OFFICE, et al.

   Defendants.

EXHIBIT 1   WARRANT FOR ARREST

| File No. | 21CR 053859 | Law Enforcement Case No. | 21081426 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|---|---|
| | | HENDERSON COUNTY SHERIFFS OFFICE | | 918035 | | WC9591CP2 |

# WARRANT FOR ARREST

**Offense**
I M-INJURY TO PERSONAL PROPERTY

## THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
MACKENZIE ELAINE BROWN
158 HAVEN ROAD

EAST FLAT ROCK   NC   28726
HENDERSON

Race | Sex

**STATE OF NORTH CAROLINA**

HENDERSON County

In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below: I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did wantonly injure personal property, HENDERSON COUNTY SHERIFF'S OFFICE PATROL VEHICLE, CAR NUMBER SH 208, VIN 2C3CDXAT4MH525152, the property of HENDERSON COUNTY SHERIFF'S OFFICE. The damage caused was in excess of $200.00.

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2912 | I 14-160 |

**Date Of Offense**
10/01/2021   through   10/01/2021

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
ROBERT J. WARREN
HENDERSON COUNTY SHERIFFS OFFICE
100 NORTH GROVE STREET
HENDERSONVILLE   NC   28792
HENDERSON   (828) 697-4596

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**
MICHAEL S LINDSAY
HENDERSON COUNTY SHERIFFS OFFICE
100 NORTH GROVE STREET
HENDERSONVILLE   NC   28792
HENDERSON   (828) 697-4596

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 10/01/2021 | Signature SUSAN N OATES [X] Magistrate  [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | Location Of Court | Court Date |
|---|---|---|---|---|
| | | | | Court Time  [ ] AM  [ ] PM |

(over)

AOC-CR-100, Rev. 12/17
© 2017 Administrative Office of the Courts

COURT COPY

Case 1:23-cv-00270-MR-WCM   Document 18-2   Filed 11/08/23   Page 2 of 2