IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

    Plaintiffs,

v.

HENDERSON COUNTY
SHERIFF'S OFFICE, et al.

    Defendants.

EXHIBIT 2    CONDITIONS AND ORDER FOR RELEASE

# STATE OF NORTH CAROLINA
HENDERSON County

**STATE VERSUS**

Name And Address Of Defendant
MACKENZIE ELAINE BROWN
158 HAVEN ROAD
EAST FLAT ROCK    NC    28726

File No. 21CR 053859

In The General Court Of Justice
[X] District  [ ] Superior Court Division

## CONDITIONS OF RELEASE AND RELEASE ORDER

# 21RO1027391    G.S. Chapter 15A, Art. 25, 26

Amount Of Bond
$ $2,000.00

Offenses And Additional File Numbers
21CR53859    WFA; M-INJURY TO PERSONAL PROPERTY

1ST APPEARANCE DATE 10/4 9:00AM    [ ] See Attachment

Location Of Court: Henderson County Courthouse; 0002
[X] District  [ ] Superior    Date: 10/27/2021    Time: 09:00 [X] AM [ ] PM

**To The Defendant Named Above**, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
[X] Your release is authorized upon execution of your: [ ] WRITTEN PROMISE to appear [ ] UNSECURED BOND in the amount shown above
[ ] CUSTODY RELEASE  [X] SECURED BOND in the amount shown above (NOTE: Give a copy of this order to any surety who posts bond.)
[ ] HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED BOND above. You may leave your residence for the purpose(s) of [ ] employment [ ] counseling [ ] course of study [ ] vocational training

VIOLATE NO LAWS

[ ] Your release is not authorized.
[ ] The defendant is required to provide (check all that apply) [ ] fingerprints under G.S. 15A-502. [ ] a DNA sample under G.S. 15A-266.3A.
Prior to release, the defendant shall provide his/her (check all that apply) [ ] fingerprints. [ ] DNA sample.
[ ] The defendant has been [ ] (i) charged with a felony while on probation (complete AOC-CR-272, Side One). [ ] (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
[ ] This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
[ ] The defendant was arrested or surrendered after failing to appear as required under a prior release order.
[ ] This was the defendant's second or subsequent failure to appear in this case.
[ ] Your release is subject to the conditions as shown on the attached [ ] AOC-CR-270. [ ] Other: _____.

Additional Information
MULTIPLE PRIOR FTAs

Date: 10/01/2021
Signature Of Judicial Official: SUSAN N OATES
[X] Magistrate  [ ] Deputy CSC  [ ] Assistant CSC
[ ] Clerk Of Superior Court  [ ] District Court Judge  [ ] Superior Court Judge

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below**, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: [X] produce him/her in Court as provided above.
[ ] hold him/her  [ ] as provided on the attached AOC-CR-272.  [ ] for the following purpose: _____.

[ ] [for charges covered by G.S. 15A-534.1 (domestic violence) or 15A-534.7 (threat of mass violence)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (enter date and time 48 hours after time of arrest) _____.
[ ] AM [ ] PM  produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

Name Of Detention Facility: HENDERSON COUNTY DETENTION FAC
Date: 10/01/2021
Signature Of Judicial Official: SUSAN N OATES

### WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE
I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

### DEFENDANT RELEASED ON BAIL
Date: 10/1/21    Time: 2013  [ ] AM [X] PM

AOC-CR-200, Rev. 12/18
© 2018 Administrative Office of the Courts
ORIGINAL COPY

Case 1:23-cv-00270-MR-WCM  Document 16-3  Filed 11/08/23  Page 2 of 3

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
| 10/1/21 | 1720 | Cpl. Brett May |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 12/18
© 2018 Administrative Office of the Courts