UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NUMBER 1:23-CV-270

Hand-Delivered

FILED
ASHEVILLE, NC

JAN 03 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

MACKENZIE ELAINE BROWN

    Plaintiff

v.

HENDERSON COUNTY SHERIFF'S OFFICE, et al.

    Defendants

**PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Mackenzie Elaine Brown, Mackenzie Elaine Brown, on this day of JANUARY 3, 2024, respectfully asks this Honorable Court to deny the Motion to Dismiss filed by Defendants Henderson County Sheriff's Office, Robert Warren, Michael Lindsay, Crystal Landers, Johnny Duncan, Jr., Bradley Reese, and Brittany Maybin (collectively, the HCSO Defendants). [Document 15 and 16].

In support of this are the accompanying brief and exhibits to the brief.

*Mackenzie Elaine Brown*
MACKENZIE ELAINE BROWN,
PLAINTIFF
PRO SE LITIGANT
158 HAVEN RD, EAST
FLAT ROCK, NC 28726
828-642-0406
mackenzieb0897@gmail.com

# **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via USPS mail to the U.S. Clerk of Courts Office, and mailed a copy to the following attorney of the Defendants:

Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500 Charlotte, North Carolina 28202
Telephone: 704-331-4992
Facsimile: 704-338-7814
Sean.Perrin@wbd-us.com
Attorney for Defendants Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan, Jr., Bradley R. Reese, and Brittany Nicole Maybin

*Mackenzie Elaine Brown*

Dated JANUARY 3, 2024.

Mackenzie Elaine Brown,
Plaintiff & Pro Se Litigant
158 Haven Rd, East Flat
Rock, NC 28726
P: 828-642-0406
E: mackenzieb0897@gmail.com