UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NUMBER 1:23-CV-270

MACKENZIE ELAINE BROWN

    Plaintiff

v.

HENDERSON COUNTY SHERIFF'S
OFFICE, et al.

    Defendants

FILED
ASHEVILLE, NC

JAN 03 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Hand-Delivered

EXHIBIT LIST

**EXHIBIT 1:** LAW ENFORCEMENT AND PROSECUTORIAL PERSONNEL SIGNING HCSO'S PINK PATROL CAR

**EXHIBIT 2:** PLAINTIFF'S SIGNAGE ON HCSO'S PINK PATROL CAR

**EXHIBIT 3:** PICTURE THAT WAS TAKEN OF PLAINTIFF HANDCUFFED

**EXHIBIT 4:** POST REGARDING PLAINTIFF'S ARREST ON HCSO'S FACEBOOK PAGE

**EXHIBIT 5:** NOTICE OF CITATION FROM ANIMAL ENFORCEMENT

# EXHIBITS

**EXHIBIT 1: LAW ENFORCEMENT AND PROSECUTORIAL PERSONNEL SIGNING HCSO'S PINK PATROL CAR**

Exhibit 1-1 is of HCSO Deputies Barbara Strang and Melinda Davidson, among the collection of citizens that signed the pink vehicle.

Exhibit 1-2 is of District Attorney Ashley Hornsby Welch, among the collection of citizens that signed the pink vehicle.

**EXHIBIT 2: PLAINTIFF'S SIGNAGE ON HCSO'S PINK PATROL CAR**

Exhibit 2 is of Plaintiff's "12 SUX" signage on the pink vehicle.

**EXHIBIT 3: PICTURE THAT WAS TAKEN OF PLAINTIFF HANDCUFFED**

Exhibit 3 is one of the photos taken by Deputy WARREN of Plaintiff handcuffed and being arrested.

**EXHIBIT 4: POST REGARDING PLAINTIFF'S ARREST ON HCSO'S FACEBOOK PAGE**

Exhibit 4 is the Facebook post that Public Information Officer DUNCAN wrote in regards to Plaintiff's arrest.

**EXHIBIT 5: NOTICE OF CITATION FROM ANIMAL ENFORCEMENT**

Exhibit 5 is the Notice of Violation and Citation that Animal Enforcement Officer REESE issued Plaintiff.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 1

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 1: LAW ENFORCEMENT & PROSECUTORIAL PERSONNEL SIGNING HCSO'S PINK PATROL CAR

Source: BlueRidgeNow/TimesNews
Deputies Strang & Davidson with the HCSO on 10-1-2021





EXHIBIT 1-1



District Attorney Ashley Hornsby Welch
Source: Smoky Mountain News
10-27-2021

EXHIBIT 1-2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.                                                                EXHIBIT 2

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 2: PLAINTIFF'S SIGNAGE ON HCSO'S PINK PATROL CAR



EXHIBIT 2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 3

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 3: PICTURE THAT WAS TAKEN OF PLAINTIFF HANDCUFFED



EXHIBIT 3

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 4

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 4: POST REGARDING PLAINTIFF'S ARREST ON HCSO'S FACEBOOK PAGE

Sign Up    Email or phone    Password

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Meta © 2022

 **Henderson County Sheriff's Office, Hendersonville North Carolina**
October 1, 2021 ·

Now hear this

This morning the Henderson County Sheriff's Office along with AdventHealth unveiled a pink patrol car for Breast Cancer Awareness Month    . The intention of this car was to honor and recognize those individuals who have fought or are currently fighting Breast Cancer.

Several hours after unveiling this car Mackenzie Elaine Brown 24 years of age from East Flat Rock decided it would be a good idea to show her respect by coming to the Sheriff's Office and vandalizing this tribute car. Mackenzie didn't put too much thought    into her actions or she would have known the Law Enforcement Center is under 24/7 video surveillance    . Within less than an hour our officers    had identified her and obtained a warrant for her arrest.

Seeing how Mackenzie is such a supporter of our pink patrol car we decided to allow her to be the first person to ride in the back seat of it and we also gave her a complimentary stay in the ole gray bar hotel. Mackenzie has been charged with Injury to Personal Property and her bond was set at $2,000.00 secured.
#PlayStupidGamesWinStupidPrizes #OurSheriffDoesntPlay #NotInHendersonCounty #DontDisrespectThoseWhoHaveFoughtBreastCancer #EnjoyYourVisitBackToJail



9.4K    2.1K Comments 4.9K Shares

Share

See more of Henderson County Sheriff's Office, Hendersonville North Carolina on Facebook

Log In    or    Create new account

EXHIBIT 4

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

**EXHIBIT 5**

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 5: NOTICE OF CITATION FROM ANIMAL ENFORCEMENT

**STATE OF NORTH CAROLINA**
**COUNTY OF HENDERSON**


*call 697-4911 ASAP*

**Henderson County Sheriff's Office**
**Animal Enforcement**
100 North Grove Street
Hendersonville, NC 28792
(828) 697-4596

# NOTICE OF VIOLATION AND CITATION

Name: Mackenzie Brown    DOB: _____
Street Address: 158 Haven Rd
E Flat Rock
Telephone Number: None
Officer: Reece
Date: 10-2-21    Time: 0915
___ Warning  _X_ Citation   OCA: _____

Animal Breed: Pit
Animal Sex (circle): M  (F)
Color: Black/White
Rabies Tag#: _____
Animal's Name: Bella
Location Of Violation: 158 Haven Rd

The violation for which you are cited is in violation of Chapter 16 of the Henderson County Code and the violations carry the penalties stated below. YOU ARE CITED for the following: (Check all that apply)

- [x] Interference with Animal Enforcement Officer or agent - $500/ per incident
- [ ] Concealment of an animal to evade ordinance - $100/ per day
- [ ] Public nuisance
    - ○ Second Violation ($50)
    - ○ Third and subsequent Violation ($100)
- [ ] Keeping Dangerous Dog / potentially dangerous dog
    - ○ Unattended / loose / unrestrained - $500/ per day
    - ○ Without tattoo / microchip- $500/ per day
    - ○ Failing to notify of address change or death of animal- $500/ per day
    - ○ Failing to present proof of transferee responsibility- $1000/ per day
    - ○ Failing to Alter within 30 days of determination- $500/ per day
- [ ] Mistreatment of an animal- $500/ per day
- [ ] Release of animal from County-owned trap- $100/ per incident
- [ ] Failure to have current rabies vaccination for an animal- $100/ per day (does not include quarantine time)
- [ ] Killing or release of an observed animal- $500
- [ ] Failure to confine female dog in heat
- [ ] Failure to surrender an animal for rabies quarantine- $250/ per day
- [ ] Failure to comply with Companion Animal Permit- Permit Revoked
    - ○ Animals in Excess of Companion Animal Permit- $50/ per excess animal over 10 animals and permit/ per day
- [x] Other: missing 2 dangerous dog signs

*by refusing to come to door for dangerous dog inspection*

$550

- [ ] Public Nuisance or Mistreatment-Describe conditions, behavior, actions of owner:

TOTAL PENALTIES FOR VIOLATIONS CITED: $550

These fines must be paid at the Sheriff's Office at 100 North Grove Street. If this citation is not paid within 30 days of the date on this form, you will be deemed to have committed a misdemeanor and a warrant will be sworn out for your arrest as per Henderson County §66A-19.

**Official Use Only:**
- [x] Citation hand-delivered
- [ ] Citation left at Residence
- [ ] With Notice of Impoundment

Officer's Signature: _____