Hand-Delivered

FILED
ASHEVILLE, NC

JAN 03 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NUMBER 1:23-CV-270

MACKENZIE ELAINE BROWN

    Plaintiff

v.

HENDERSON COUNTY SHERIFF'S OFFICE, et al.

    Defendants

**PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**

    Plaintiff, Mackenzie Elaine Brown, Mackenzie Elaine Brown, on this day of **JANUARY 3, 2024**, respectfully asks this Honorable Court to deny the Motion to Dismiss filed by Defendants Susan N. Oates and Emily Greene Cowan (the Judicial Defendants). [Document 17].

    In support of this are the accompanying brief and exhibits to the brief.

*Mackenzie Elaine Brown*
MACKENZIE ELAINE BROWN,
PLAINTIFF
PRO SE LITIGANT
158 HAVEN RD, EAST
FLAT ROCK, NC 28726
828-642-0406
mackenzieb0897@gmail.com

# **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via USPS mail to the U.S. Clerk of Courts Office, and mailed a copy to the following attorney of the Defendants:

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Fax: (919) 716-6755
eobrien@ncdoj.gov
State Bar No. 28885
Counsel for Defendants Oates & Cowan

*Mackenzie Elaine Brown*
Dated JANUARY 3, 2024.

Mackenzie Elaine Brown,
Plaintiff & Pro Se Litigant
158 Haven Rd, East Flat Rock, NC 28726
P: 828-642-0406
E: mackenzieb0897@gmail.com