UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NUMBER 1:23-CV-270

MACKENZIE ELAINE BROWN

    Plaintiff

v.

HENDERSON COUNTY SHERIFF'S
OFFICE, et al.

    Defendants

**EXHIBIT LIST**

**EXHIBIT 1:** OCTOBER 1, 2021, CRIMINAL COMPLAINT FORM AGAINST PLAINTIFF'S ABUSER, REGARDING ASSAULT INCIDENT

**EXHIBIT 2:** SEPTEMBER 3, 2022, CRIMINAL COMPLAINT FORM AGAINST PLAINTIFF'S ABUSER, REGARDING ASSAULT INCIDENT

**EXHIBIT 3:** SUBPOENA FOR ASSAULT ON A FEMALE CASE

# EXHIBITS

**EXHIBIT 1: OCTOBER 1, 2021, CRIMINAL COMPLAINT FORM AGAINST PLAINTIFF'S ABUSER, REGARDING ASSAULT INCIDENT**

Exhibit 1 is of the criminal complaint form that Plaintiff submitted with Magistrate OATES on October 1, 2021, regarding the assault incident that she was a victim in.

**EXHIBIT 2: SEPTEMBER 3, 2022, CRIMINAL COMPLAINT FORM AGAINST PLAINTIFF'S ABUSER, REGARDING ASSAULT INCIDENT**

Exhibit 2 is of the criminal complaint form that Plaintiff submitted with Magistrate Jernigan on September 3, 2022, regarding the assault incident that she was a victim in.

**EXHIBIT 3: SUBPOENA FOR ASSAULT ON A FEMALE CASE**

Exhibit 3 is of the Subpoena for the Assault on a Female case, regarding the assault incident that she was a victim in.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 1

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 1: OCTOBER 1, 2021, CRIMINAL COMPLAINT FORM AGAINST PLAINTIFF'S ABUSER

# CRIMINAL COMPLAINT

A Magistrate [is an] official for the State of North Carolina. If you want the Magistrate to issue an [arrest warra]nt or criminal summons, you must fill out this criminal complaint form and give it [to the Ma]gistrate. The Magistrate will then decide whether to issue a process based on you[r sworn te]stimony. You must provide the name and address of the accused as well as your [own] address. If your address changes before the case is heard in court, you must notify [the Cl]erk of Superior Court for Henderson County of your new address.
(Henderson County Clerk of Superior Court phone number: 828-694-4100)

## Victim's Information

Name First: **Mackenzie** Middle: _____ Last: **Brown**
Date of Birth: **8/25/1997** Male ___ Female ✓ Race: **white**
Address: **158 Haven Rd, East Flat Rock, NC 28726**
Home Phone#: _____ Work#: _____ Mobile#: **828-215-4337**
Employer: **n/a** Address: _____
Driver's License #: _____
Restitution or Damages $ **80** (bring receipts or bills to court)
Does suspect have a related pending criminal charge against you? **NO**

## Suspect's Information

Name First: **Robert** Middle: **Dillion** Last: **Burgess-Branch**
Date of Birth: **8-22-1993** Male ✓ Female ___ Race: **white**
Address: **7 Burgess-Branch Rd, Black Mountain NC 28711**
Home Phone#: _____ Work#: _____ Mobile#: **828-215-5929**
Employer: **n/a** Address: _____
Driver's License#: _____

What did suspect do? **assaulted me while I'm pregnant by strangling my throat, squeezing my torso to keep me restrained, said he wanted to kill me and my baby, said he would burn house with me in it, came towards me with my axe but I drove off before he could hurt me anymore. He stole the axe (worth $80)**

When did this happen? **Sunday, 9/26/21 9pm**
Where did this happen? **Inside and outside my home (158 Haven Rd, E Flat Rock)**

## Witness Information

Name: _____ Address: _____ Phone: _____
Name: _____ Address: _____ Phone: _____

The information in this Criminal Complaint is true to the best of my knowledge.

Date: **10/1/2021** X _MacKenzie Brown_
Signature of Prosecuting Witness

EXHIBIT 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 2

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 2: SEPTEMBER 3, 2022, CRIMINAL COMPLAINT FORM AGAINST PLAINTIFF'S ABUSER

# CRIMINAL COMPLAINT

A Magistrate is a judicial official for the State of North Carolina. If you want the Magistrate to issue an arrest warrant or criminal summons, you must fill out this criminal complaint form and give it to the Magistrate. The Magistrate will then decide whether to issue a process based on your sworn testimony. You must provide the name and address of the accused as well as your name and address. If your address changes before the case is heard in court, you must notify the Clerk of Superior Court for Henderson County of your new address.
(Henderson County Clerk of Superior Court phone number: 828-694-4100)

## Victim's Information

Name First: Mackenzie  Middle: _____  Last: Brown
Date of Birth: 8-25-1997  Male: ___ Female: ✓ Race: White
Address: 158 Haven Rd, East Flat Rock, NC 28726
Home Phone#: _____  Work#: _____  Mobile#: _____
Employer: _____  Address: _____
~~Driver's License #~~
Restitution or Damages $: _____ (bring receipts or bills to court)
Does suspect have a related pending criminal charge against you? _____

## Suspect's Information

Name First: Robert  Middle: Dillion  Last: Burgess-Branch
Date of Birth: 8-22-1993  Male: ✓  Female: ___  Race: White
Address: 7 Burgess-Branch Rd, Black Mountain, NC 28711
Home Phone#: _____  Work#: _____  Mobile#: 828-215-5929
Employer: _____  Address: _____
~~Driver's License #~~

What did suspect do? Picking her up by the throat, pushed her up @ floor, hands to neck & squeezed

When did this happen? 9-26-21 @ 9:00 PM
Where did this happen? Inside & outside my home

## Witness Information

Name: _____  Address: _____  Phone: _____
Name: _____  Address: _____  Phone: _____

The information in this Criminal Complaint is true to the best of my knowledge.

Date: 9-3-22    X Mackenzie Brown
                   Signature of Prosecuting Witness

EXHIBIT 2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.                                                                EXHIBIT 3

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 3: SUBPOENA FOR ASSAULT ON A FEMALE CASE

# STATE OF NORTH CAROLINA

**HENDERSON** County

File No. 22-CR-286228

In The General Court Of Justice
[X] District  [ ] Superior Court Division

STATE OF NORTH CAROLINA

**VERSUS**

BURGESS-BRANCH, ROBERT DILLI

## SUBPOENA

G.S. 1A-1, Rule 45; 8-59, -61, -63; 15A-801, -802

**Party Requesting Subpoena**
[X] State/Plaintiff  [ ] Defendant

**NOTE TO PARTIES NOT REPRESENTED BY COUNSEL:** Subpoenas may be produced at your request, but must be signed and issued by the office of the Clerk of Superior Court, or by a magistrate or judge.

**TO** Name And Address Of Person Subpoenaed
BROWN, MACKENZIE ELAINE
158 HAVEN ROAD
EAST FLAT ROCK    NC    28726

**YOU ARE COMMANDED TO:** (check all that apply)
[X] appear and testify, in the above entitled action, before the court at the place, date and time indicated below.
[ ] appear and testify, in the above entitled action, at a deposition at the place, date and time indicated below.
[ ] produce and permit inspection and copying of the following items, at the place, date and time indicated below.
  [ ] See attached list. (List here if space sufficient)

ADDITIONAL INSTRUCTIONS MAY BE ATTACHED TO THIS SUBPOENA.

REFERENCED CHARGES:
ASSAULT ON A FEMALE

**Name And Location Of Court/Place Of Deposition/Place To Produce**
HENDERSONVILLE  ROOM: 0001

**Date To Appear/Produce, Until Released**
11/18/22

**Time To Appear/Produce, Until Released**
09:00    [X] AM  [ ] PM

**Date** 10/27/22

**Signature** J. TYLER RAY
[ ] Deputy CSC   [ ] Assistant CSC   [X] Clerk Of Superior Court
[ ] Magistrate   [ ] Attorney/DA    [ ] District Court Judge
                                    [ ] Superior Court Judge

### RETURN OF SERVICE

I certify this subpoena was received and served on the person subpoenaed as follows:
By [ ] personal delivery.    [ ] registered or certified mail, receipt requested and attached.
   [ ] telephone communication by Sheriff (use only for a witness subpoenaed to appear and testify).
   [ ] telephone communication by local law enforcement agency (use only for a witness subpoenaed to appear and testify in a criminal case).
   **NOTE TO COURT:** If the witness was served by telephone communication from a local law enforcement agency in a criminal case, the court may **not** issue a show cause order or order for arrest against the witness until the witness has been served personally with the written subpoena.
   [ ] I was unable to serve this subpoena. Reason unable to serve: _____

**NOTE TO PERSON REQUESTING SUBPOENA:** A copy of this subpoena must be delivered, mailed or faxed to the attorney for each party in this case. If a party is not represented by an attorney, the copy must be mailed or delivered to the party. This does not apply in criminal cases.

AOC-G-100, Rev. 2/18
© 2018 Administrative Office of the Courts
(Please see reverse side)

EXHIBIT 3