1:23 CV 270 -MR -WCM
cy

ATTN: Chief Judge / Clerk of Court in United States Western District Of North Carolina, Asheville Division

I am a Pro Se Litigant. My PACER username is galaxygazing. I have a Pacer bill of $181.

I can't afford to pay this fee. PACER recommended that I request that my PACER fees be waived with an Exemption Order.

I was unaware that I would be charged for downloading documents. I know now there is a limit as to how much can be downloaded before the account is charged.

I apologize for the mistake, and can assure it won't happen again in the future.

From: Mackenzie Brown
158 Haven Rd, East Flat Rock, NC 28726

FILED
ASHEVILLE, NC

APR 01 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.