Mackenzie Elaine Brown
158 Haven Rd
East Flat Rock, NC 28726

GREENVILLE SC 296
28 MAR 2024 PM 4 L



RECEIVED
Asheville, NC

APR 1 2024

Clerk, US District Court
Western District of NC

Clerk U.S. District Court
309 US Courthouse Bldg
100 Otis Street
Asheville, NC 28801

28801-261184