On 4/1/2024 I addressed a letter to the attention of Chief Judge/Clerk of Court requesting Pacer fee waived with an Exemption Order. I forgot to sign that letter, so the unsigned version was filed as Document # 29 in my case.

The following document is an amended version of the letter, updated to include my signature.

*Mackenzie Elaine Brown*
From: Mackenzie Brown
158 Haven Rd, East Flat Rock, NC 28726
Case # 1:23-CV-270

FILED
ASHEVILLE, NC

APR 15 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.