IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

   Plaintiffs,

v.

HENDERSON COUNTY
SHERIFF'S OFFICE, et al.

   Defendants.

**RESPONSE TO PLAINTIFF'S
MOTION TO AMEND**

   Defendants Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan, Jr., Bradley R. Reese, and Brittany Nicole Maybin do not object to Plaintiff's motion for leave to file Amended Complaint. [Document 32].

   This 29th day of April 2024.


     s/Sean F. Perrin
     Womble Bond Dickinson (US) LLP
     301 S. College Street, Ste. 3500
     Charlotte, North Carolina 28202
     Telephone: 704-331-4992
     Facsimile: 704-338-7814
     Sean.Perrin@wbd-us.com
     *Attorney for Defendants Henderson County
     Sheriff's Office, Robert Jordan Warren,
     Michael Scott Lindsay, Crystal D. Landers,
     Johnny E. Duncan, Jr., Bradley R. Reese, and
     Brittany Nicole Maybin*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing via the CM/ ECF system and mailed the

foregoing to the following non CM/ ECF user as follows:

Mackenzie Elaine Brown
158 Haven Road
East Flat Rock, NC 28726

Dated: April 29, 2024.

<u>s/Sean F. Perrin</u>
