Mackenzie Elaine Brown
158 Haven Rd
East Flat Rock, NC 28726

Retail  

U.S. POSTAGE PAID
FCM LG ENV
EAST FLAT ROCK, NC 28726
MAY 10, 2024

28801

$3.55

RDC 99

R2306Y152358-15

**RECEIVED**
Asheville, NC

MAY 1 3 2024

Clerk, US District Court
Western District of NC

Clerk US District Court
309 US Courthouse Bldg
100 Otis Street
Asheville, NC 28801

Case 1:23-cv-00270-MR-WCM    Document 37-1    Filed 05/13/24    Page 1 of 1