IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-270

| | |
|---|---|
| MACKENZIE ELAINE BROWN<br><br>Plaintiffs,<br><br>v.<br><br>HENDERSON COUNTY SHERIFF'S OFFICE, et al.<br><br>Defendants. | **MOTION TO DISMISS AMENDED COMPLAINT** |

Henderson County Sheriff's Office, Robert Warren, Michael Lindsay, Crystal Landers, Johnny Duncan, Jr., Bradley Reese, and Brittany Maybin move to dismiss Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

This motion is based upon the accompanying Brief, the exhibits to the Brief, and the court file in this action.

This 24th day of May, 2024.

                                  s/Sean F. Perrin
                                  Womble Bond Dickinson (US) LLP
                                  301 S. College Street, Ste. 3500
                                  Charlotte, North Carolina  28202
                                  Telephone:  704-331-4992
                                  Facsimile:   704-338-7814
                                  Sean.Perrin@wbd-us.com
                                  *Attorney for Defendants Henderson County Sheriff's Office, Robert Warren, Michael Lindsay, Crystal Landers, Johnny Duncan, Jr., Bradley Reese, and Brittany Maybin*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via the CM/ECF system and mailed the foregoing to the following non CM/ECF user as follows:

Mackenzie Elaine Brown
158 Haven Road
East Flat Rock, NC 28726

Dated: May 24, 2024.

                                                                                  s/Sean F. Perrin