UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NC
CIVIL ACTION 1:23-CV-270

Hand-Delivered

FILED
ASHEVILLE, NC
JUN 21 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Mackenzie Elaine Brown

Plaintiff

v.

Henderson County Sheriff's Office, et al.

Defendants

MOTION FOR EXTENSION OF TIME

MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff Mackenzie Elaine Brown, pursuant to 6(b) of the Federal Rules of Civil Procedure, and files this Motion for an extension of time to file an Opposition to the Judicial Defendants' (Defendants SUSAN N. OATES and EMILY GREENE COWAN) Motion to Dismiss for Failure to State a Claim and their Motion to Dismiss for Lack of Jurisdiction. In support of this motion, Plaintiff states as follows:

- Plaintiff originally initiated this lawsuit on September 14, 2023.
- On December 1, 2023, the Judicial Defendants filed a Motion to Dismiss for Lack of Jurisdiction Dismiss and Failure to State a Claim to Plaintiff's Original Complaint, to which Plaintiff filed an Opposition to Motion to Dismiss on January 4, 2024.
- On April 15, 2024, Plaintiff moved the Court for leave to amend her complaint, which this Court allowed, and on May 13, 2024, Plaintiff filed her Amended Complaint.
- On May 14, 2024, this Court denied the defendants' motions to dismiss as moot as a matter of law.

- In response to Plaintiff's Amended Complaint, the Judicial Defendants filed a Motion to Dismiss for Lack of Jurisdiction Dismiss and Failure to State a Claim on May 24, 2024.
- On May 29, 2024, this Court set a ROSEBORO order setting Plaintiff's response deadline for June 21, 2024, which is today.
- On this day of June 21, 2024, Plaintiff filed an Opposition to the HCSO Defendants' Motion to Dismiss Amended Complaint.
- Also on this day of June 21, 2024, Plaintiff moves to request an extension of time to file her motion for Opposition to the Judicial Defendants' Motion to Dismiss Amended Complaint.
- The time to file her response to the Judicial Defendants Motion to Dismiss has not yet expired – June 21, 2024.
- It is respectfully submitted that this extension of time will allow sufficient time for Plaintiff to fully gather the information she needs in order to formulate an appropriate response to the Judicial Defendant's Motion to Dismiss her Amended Complaint.
- This Motion is made in good faith and not for delay or an improper purpose.

WHEREFORE, Plaintiff hereby requests a twenty-day extension of time, through and including July 12, 2024.

This is the 21st day of June, 2024.

*Mackenzie Elaine Brown*
Mackenzie Elaine Brown