IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00270-MR-WCM

| | |
|---|---|
| MACKENZIE ELAINE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| HENDERSON COUNTY ) | |
| SHERIFF'S OFFICE; ) | |
| ROBERT JORDAN WARREN ) | |
| *Sheriff Deputy with Henderson* ) | |
| *County Sheriff's Office - Patrol Division;* ) | |
| MICHAEL SCOTT LINDSAY ) | |
| *Sheriff Deputy with Henderson County* ) | |
| *Sheriff's Office - Patrol Division;* ) | |
| CRYSTAL D. LANDERS ) | |
| *Sheriff Deputy with Henderson County* ) | |
| *Sheriff's Office - Patrol Division;* ) | |
| JOHNNY E. DUNCAN, JR. ) | |
| *Henderson County Director of* ) | |
| *Technical Services/Public* ) | |
| *Information Officer;* ) | |
| BRADLEY R. REESE ) | |
| *Animal Enforcement Officer with* ) | |
| *Henderson County Sheriff's Department;* ) | |
| BRITTANY NICOLE MAYBIN ) | |
| *Detention Facility Officer with* ) | |
| *Henderson County Detention Facility* ) | |
| SUSAN N. OATES ) | |
| *Magistrate with North Carolina* ) | |
| *Administrative Office of the Courts;* and ) | |
| EMILY GREENE COWAN ) | |
| *District Court Judge with the* ) | |
| *North Carolina Consolidated* ) | |
| *Judicial Retirement System,* ) | |
| ) | |
| Defendants. ) | |

1

This matter is before the Court on Plaintiff's Motion for Extension of Time (the "Motion," Doc. 44), by which Plaintiff requests an extension of her deadline to respond to a Motion to Dismiss Amended Complaint (Doc. 41) filed by Susan N. Oakes and Emily Greene Cowan (collectively the "Judicial Defendants").

The Motion is **GRANTED**, and Plaintiff's deadline to file a response to the Judicial Defendants' Motion to Dismiss (Doc. 41) is **EXTENDED** through and including July 12, 2024. Plaintiff is **ADVISED** that no further extensions of this deadline will be provided absent extraordinary circumstances.

It is so ordered.

Signed: June 24, 2024

W. Carleton Metcalf
United States Magistrate Judge