UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CIVIL NUMBER 1:23-CV-270

FILED
ASHEVILLE, NC
JUL 15 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

MACKENZIE ELAINE BROWN

Plaintiff

v.

HENDERSON COUNTY SHERIFF'S OFFICE, et al.

Defendants

# PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff, Mackenzie Elaine Brown, on this day of July 12, 2024, respectfully asks the Honorable Court to deny the Motion to Dismiss filed by Defendants Susan N. Oates and Emily Greene Cowan, (collectively the Judicial Defendants). The Defendants' Motion to Dismiss was filed as Document 41 on May 28, 2024, on behalf of their attorney, Elizabeth Curran O'Brien. The Motion to Dismiss was filed in response to Plaintiff's Amended Complaint, which was filed as Document 32 on April 15, 2024.

Dated: July 12, 2024

*Mackenzie Elaine Brown*
Mackenzie Elaine Brown,
Plaintiff & Pro Se Litigant
158 Haven Rd, East Flat Rock, NC 28726
P: 828-489-5080
E: mackenzieb0897@gmail.com

# **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing to the U.S. Clerk of Courts Office, and mailed a copy to the following attorney's of the Defendants:

Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina, 28202
Telephone: 704-331-4992
Facsimile: 704-338-7814
sean.perrin@wbd-us.com
Counsel for Defendants Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan Jr., Bradley R. Reece, and Brittany Nicole Maybin.

&

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Fax: (919) 716-6755
eobrien@ncdoj.gov
State Bar No. 28885
Counsel for Defendants Oates & Cowan.

Dated: July 12, 2024

*Mackenzie Elaine Brown*
Mackenzie Elaine Brown,
Plaintiff & Pro Se Litigant
158 Haven Rd, East Flat Rock, NC 28726
P: 828-489-5080
E: mackenzieb0897@gmail.com