UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA,
CASE NUMBER 1:23-CV-270

MACKENZIE ELAINE BROWN

    Plaintiff

v.

HENDERSON COUNTY SHERIFF'S OFFICE, et al.

    Defendants

EXHIBIT LIST

**EXHIBIT 1:** 911 PHONE CALL RECORD FROM PLAINTIFF TO HENDERSON COUNTY EMERGENCY COMMUNICATIONS

**EXHIBIT 2:** PLAINTIFF'S CRIMINAL COMPLAINT FORM AGAINST BRANCH FROM OCTOBER 1, 2021

**EXHIBIT 3:** PLAINTIFF'S CRIMINAL COMPLAINT FORM AGAINST BRANCH FROM SEPTEMBER 3, 2022

**EXHIBIT 4:** BRANCH'S CRIMINAL SUMMONS FOR ASSAULT ON A FEMALE CASE

**EXHIBIT 5:** ORDER OF ABATEMENT FOR ASSAULT ON A FEMALE CASE