UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 1

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 1: 911 PHONE CALL RECORD FROM PLAINTIFF TO HENDERSON COUNTY EMERGENCY COMMUNICATIONS

CC.IncNo = '21079951' AND IsN&d(CC.Jurisdiction, 'Default') = 'Default'

## CFS History Search
### Basic Report

| CFS # | Create When | Location | Caller | CallType | Priority | Disposition | User | Primary Unit |
|---|---|---|---|---|---|---|
| 21079951 | 09/26/2021 20:55:40 | 158 HAVEN RD, EAST FLAT ROCK | MAKENZIE BROWN | 80 DOMESTIC | 1 | G | PHOSSLEY 6143 | C9 |

Total: 1