UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 2

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 2: PLAINTIFF'S CRIMINAL COMPLAINT FORM AGAINST BRANCH FROM OCTOBER 1, 2021



# CRIMINAL COMPLAINT

A Magistrate [is an] official for the State of North Carolina. If you want the Magistrate to issue an [arrest warrant] or criminal summons, you must fill out this criminal complaint form and give it [to the Magi]strate. The Magistrate will then decide whether to issue a process based on your [te]stimony. You must provide the name and address of the accused as well as your [own] address. If your address changes before the case is heard in court, you must notify [the Cl]erk of Superior Court for Henderson County of your new address.
(Henderson County Clerk of Superior Court phone number: 828-694-4100)

## Victim's Information

Name First **Mackenzie** Middle _____ Last **Brown**
Date of Birth **8/25/1997** Male ___ Female ✓ Race **white**
Address **158 Haven Rd, East Flat Rock, NC 28726**
Home Phone# _____ Work# _____ Mobile# **828-216-4337**
Employer **n/a** Address _____
Driver's License # _____
Restitution or Damages $ **80** (bring receipts or bills to court)
Does suspect have a related pending criminal charge against you? **No**

## Suspect's Information

Name First **Robert** Middle **Dillion** Last **Burgess-Branch**
Date of Birth **8-22-1993** Male ✓ Female ___ Race **white**
Address **7 Burgess-Branch Rd, Black Mountain, NC 28711**
Home Phone# _____ Work# _____ Mobile# **828-215-5929**
Employer **n/a** Address _____
Driver's License# _____

What did suspect do? **assaulted me while I'm pregnant by strangling my throat, squeezing my torso to keep me restrained, said he wanted to kill me and my baby, said he would burn house with me in it, came towards me with my axe but I drove off before he could hurt me anymore. He stole the axe (worth $80)**

When did this happen? **Sunday, 9/26/21 1pm**
Where did this happen? **Inside and outside my home (158 Haven Rd, E Flat Rock)**

## Witness Information

Name _____ Address _____ Phone _____
Name _____ Address _____ Phone _____

The information in this Criminal Complaint is true to the best of my knowledge.

Date: **10/1/2021** X _[signature]_
Signature of Prosecuting Witness