UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 3

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 3: PLAINTIFF'S CRIMINAL COMPLAINT FORM AGAINST BRANCH FROM SEPTEMBER 3, 2022

# CRIMINAL COMPLAINT

A Magistrate is a judicial official for the State of North Carolina. If you want the Magistrate to issue an arrest warrant or criminal summons, you must fill out this criminal complaint form and give it to the Magistrate. The Magistrate will then decide whether to issue a process based on your sworn testimony. You must provide the name and address of the accused as well as your name and address. If your address changes before the case is heard in court, you must notify the Clerk of Superior Court for Henderson County of your new address.
(Henderson County Clerk of Superior Court phone number: 828-694-4100)

## Victim's Information

{you}
Name First **Mackenzie** Middle _____ Last **Brown**
Date of Birth **8-25-1997** Male ___ Female ✓ Race **White**
Address **158 Haven Rd, East Flat Rock, NC 28726**
Home Phone# _____ Work# _____ Mobile# **828-215-4331**
Employer _____ Address _____
~~Driver's License #~~ _____
~~Restitution~~ or Damages $ _____ (bring receipts or bills to court)
Does suspect have a related pending criminal charge against you? _____

## Suspect's Information

{him}
Name First **Robert** Middle **Dillion** Last **Burgess-Branch**
Date of Birth **8-22-1993** Male ✓ Female ___ Race **White**
Address **7 Burgess-Branch Rd, Black Mountain, NC 28711**
Home Phone# _____ Work# _____ Mobile# **828-215-5929**
Employer _____ Address _____
~~Driver's License #~~ _____

What did suspect do? **Picking her up by the throat, pushed her up @ floor, hands @ neck & squeezed**

When did this happen? **9-26-21 @ 9:00 pm**
Where did this happen? **Inside & outside my home**

## Witness Information

Name _____ Address _____ Phone _____
Name _____ Address _____ Phone _____

The information in this Criminal Complaint is true to the best of my knowledge.

Date: **9-3-22**  X **Mackenzie Brown**
Signature of Prosecuting Witness

# STATE OF NORTH CAROLINA IN THE GENERAL COURT OF JUSTICE

State of North Carolina

vs.

_____
Defendant

Trial Date:_____ Time: **9:00 AM**

1. This is a subpoena. You are commanded to appear and testify in Henderson County District Court at 9:00AM on the trial date above and at each time the case is set thereafter. <u>If you fail to appear, the charges may be dismissed, and the Court could charge you with contempt or require you to pay court costs for frivolous prosecution.</u>
2. You may subpoena witnesses if you wish. You must attach the names, addresses and phone numbers of your witnesses to the Criminal Complaint. You may also contact (in person) the Clerk of Superior Court for Henderson County to subpoena witnesses. Do not wait until the last minute to file a subpoena. You should allow the Sheriff adequate time to find the witnesses before your scheduled trial date.
3. If you change your mind after you initiate criminal charges, you cannot drop the charges. On the trial date, you may request the District Attorney dismiss the charges. If the charges are dismissed, the Court may order you to pay the costs of court on the trial date. The District Attorney may dismiss the charges even if you disagree.

_____
Magistrate

I have received a copy of this subpoena and instructions given to me by the above-signed Magistrate. I understand the subpoena and instructions. I agree to appear in Court on the trial date and each time the case is on the court docket thereafter.

9-3-22                    X  Mackenzie Boorn
Date                         Signature of Prosecuting Witness

You may sign up to receive text/email notifications at: **NCCOURTS.GOV/SERVICES**