UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 4

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 4: BRANCH'S CRIMINAL SUMMONS FOR ASSAULT ON A FEMALE CASE

| File No. 22CR286228-440 | Law Enforcement Case No. | L/D No. | S/D No. | FBI No. |
|---|---|---|---|---|
| CRIMINAL SUMMONS | HENDERSON COUNTY MAGISTRATE | | | |

## THE STATE OF NORTH CAROLINA VS.

**STATE OF NORTH CAROLINA**
HENDERSON County
In The General Court Of Justice
District Court Division

Name And Address Of Defendant
ROBERT DILLION BURGESS-BRANCH
7 BURGESS-BRANCH RD
BLACK MOUNTAIN    NC    28711
828-215-5929

OFFENSE(S) (see AOC-CR-113 Continuation(s) for charging text)

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | ASSAULT ON A FEMALE | 14-33(C)(2) | 1389 |

| Race W | Sex M | Date Of Birth 8/22/1993 | Age 29 |
|---|---|---|---|

Social Security No. | Drivers License No. & State

Name Of Defendant's Employer

Date Of Offense: 9/26/2021
☐ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Complainant (name, address or department)
MACKENZIE ELAINE BROWN
158 HAVEN ROAD
EAST FLAT ROCK    NC    28726
Henderson COUNTY    (828) 489-7361

Names & Addresses Of Witnesses (including counties & telephone nos.)

**TO THE DEFENDANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above you unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-113 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Criminal Summons. This Criminal Summons is issued upon information furnished under oath by the complainant listed. You are ORDERED to appear before the Court at the location, date and time indicated below to answer to the charge(s). If you fail to appear, an order for your arrest may be issued and/or you may be held in CONTEMPT OF COURT. Arrest and/or contempt for failure to appear is in addition to any sentence or penalty which may be imposed for the offense(s) charged.

☒ The undersigned finds the following cause to set a court date more than one month from the issue of this summons:
TO BE SERVED

| Date Issued 9/3/2022 | Name Of Issuing Official Monica Jernigan | Signature [signed] | ☐ Magistrate ☐ District Court Judge | ☐ Deputy CSC ☐ Superior Court Judge | ☐ Assistant CSC | ☐ Clerk Of Superior Court |
|---|---|---|---|---|---|---|

Location Of Court
0001-Henderson County Courthouse

Court Date 10/26/2022    Court Time 09:00

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|

AOC-CR-113, Rev. 2/21, © 2021 Administrative Office of the Courts    (Over)    Original    DV

Case 1:23-cv-00270-MR-WCM    Document 47-6    Filed 07/15/24    Page 2 of 3

| STATE VERSUS | HENDERSON County | File No. 22CR286228-440 |
|---|---|---|
| Name Of Defendant<br>ROBERT DILLION BURGESS-BRANCH | | |
| Date Of Issuance Of Criminal Summons<br>9/3/2022 | NOTE: Use this page to set forth the charging text for each offense listed on the AOC-CR-113. G.S. 15A-924(a)(5). | |

**OFFENSES (continued)**

**Count 1.** Offense: ASSAULT ON A FEMALE

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did assault and strike MACKENZIE BROWN, a female person, by PICKING HER UP BY THE THROAT, PUSHING HER UP AGAINST THE FLOOR, PLACING HIS HANDS AROUND HER NECK AND SQUEEZED. The defendant is a male person and was at least 18 years of age when the assault and striking occurred.

**Count 2.** Offense:

*Charging Text For This Count*

AOC-CR-113 Continuation, Rev. 2/21
© 2021 Administrative Office of the Courts

Original

Continuation Page _____ of _____ Continuation Pages