UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 5

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 5: ORDER OF ABATEMENT FOR ASSAULT ON A FEMALE CASE

STATE OF NORTH CAROLINA  
HENDERSON COUNTY

FILED  
2023 AUG -2 P 3:25  
HENDERSON CO., C.S.C.

IN THE GENERAL COURT OF JUSTICE  
DISTRICT COURT DIVISION  
FILE NO: 22 CR 286 228

STATE OF NORTH CAROLINA )  
)  
V. )  
)  
Burgess-Branch, Robert )  
Defendant )

MOTION AND ORDER OF ABATEMENT

## MOTION

NOW COMES the State of North Carolina, by and through the undersigned Assistant District Attorney, and moves this Honorable Court for an Order of Abatement in the above captioned case. In support of its motion, the state alleges:

1. The Defendant was charged on 9/3/22 for Assault on A Female.

2. After proceedings in the matter had commenced, but prior to the case being disposed, the defendant died on 6/16/23. Attached hereto is a copy of the death certificate.

WHEREFORE THE STATE moves this Honorable Court for an Order allowing Abatement in the above captioned case.

This the 2nd day of Aug, 2023

[signature]

Assistant District Attorney  
200 N. Grove Street, Suite 223  
Hendersonville, NC 28792

## ORDER

Based on the State's Motion, it is hereby ORDERED that an Order of Abatement be entered in the above captioned case(s) and that the case(s) be dismissed by the Court.

This the ___ day of 8/2/23

[signature]  
District Court Judge