PRESS FIRMLY TO SEAL



**US POSTAGE PAID**
$9.85
Origin: 28792
07/12/24
3635120739-16

**PRIORITY MAIL®**

0 Lb 9.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 07/15/24

C015

SHIP TO:
100 OTIS ST
ASHEVILLE NC 28801-2608

USPS TRACKING® #



9505 5158 0006 4194 9044 87

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**RECEIVED**
Asheville, NC
JUL 15 2024

FROM: Clerk, US District Court
Western District of NC

 PRIORITY® MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Mackenzie Elaine Brown
158 Haven Rd
East Flat Rock, NC
28726

TO:
US District Court
Clerk
100 Otis Street
Asheville, NC 28801

FLAT RATE ENV
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

Case 1:23-cv-00270-MR-WCM    Document 478    Filed 07/15/24    Page 1 of 1