UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00270

MACKENZIE ELAINE BROWN

Plaintiff

v.

HENDERSON COUNTY SHERIFF'S
OFFICE, et al.

Defendants

**PLAINTIFF'S MOTION TO SEAL EXHIBITS FROM DOC. 43-2**

Pro Se Plaintiff, MACKENZIE ELAINE BROWN, on this day of October 17, 2024, hereby moves this Court for an order to seal Exhibits #5 and #8 within Document 43-2, which was Plaintiff's Response in Opposition to the HCSO Defendants' Motion to Dismiss.

In support of this motion, Plaintiff states as follows:

Exhibits #5 and #8 contain sensitive information, disclosure of which could lead to Plaintiff's potential harm, such as by identity theft or privacy invasion.

Exhibit #5 is on Page 12 and contains Plaintiff's date of birth, social security number, and driver's license number.

Exhibit #8 is on Page 20 and contains Plaintiff's social security number.

Plaintiff has prepared redacted versions of these exhibits, where sensitive information has been removed.

Plaintiff respectfully requests that this Court grant this motion to seal the unredacted versions of Exhibits #5 and #8, and allow the redacted versions to be made publicly accessible.

Respectfully Submitted,

*Mackenzie Elaine Brown*

Mackenzie Elaine Brown

158 Haven Rd, East Flat Rock, NC 28726

P: 828-489-5080

E: mackenzieb0897@gmail.com

DATE: October 17, 2024