| File No. | Law Enforcement Case No. | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| 21CR 053859 | 21081426 HENDERSON COUNTY SHERIFFS OFFICE | 918035 | | WC9591CP2 |

# WARRANT FOR ARREST

**Offense**
I M-INJURY TO PERSONAL PROPERTY

## STATE OF NORTH CAROLINA

HENDERSON County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
MACKENZIE ELAINE BROWN
158 HAVEN ROAD

EAST FLAT ROCK      NC   28726
HENDERSON           (828) 489-7361

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did wantonly injure personal property, HENDERSON COUNTY SHERIFF'S OFFICE PATROL VEHICLE, CAR NUMBER SH 208, VIN 2C3CDXAT4MH525152, the property of HENDERSON COUNTY SHERIFF'S OFFICE. The damage caused was in excess of $200.00.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | F | ▓/1997 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ▓-1017 | ▓ NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2912 | I 14-160 |

**Date Of Offense**
10/01/2021   through   10/01/2021

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**
2021-10-01

**Complainant (Name, Address Or Department)**
ROBERT J. WARREN
HENDERSON COUNTY SHERIFFS OFFICE
100 NORTH GROVE STREET
HENDERSONVILLE      NC   28792
HENDERSON           (828) 697-4596

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**
MICHAEL S LINDSAY
HENDERSON COUNTY SHERIFFS OFFICE
100 NORTH GROVE STREET
HENDERSONVILLE      NC   28792
HENDERSON           (828) 697-4596

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| SUSAN N OATES | | |
| [X] Magistrate  [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | | Court Time  [ ] AM  [ ] PM |

[ ] **Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan**
**Date Issued:** 10/01/2021

(over)
**ORIGINAL COPY**

AOC-CR-100, Rev. 12/17
© 2017 Administrative Office of the Courts

# STATE OF NORTH CAROLINA
## In The General Court Of Justice
☐ District ☒ Superior Court Division

**HENDERSON County**

☐ Check Here If This Fee Application Covers Multiple Charges

**File No.** 21CRS053859
**Additional File No(s).**

*Provide all case numbers resolved on the same day in the same court before the same judge.*

**Name And Address Of Indigent Client**
MACKENZIE BLAINE BROWN
158 HAVEN ROAD
EAST FLAT ROCK NC 28726

FILED 2022 OCT 27 A 11:27
HENDERSON COUNTY, C.S.C.

**Date Attorney Appointed:** 10/27/2021

**Full Social Security No.** (required by G.S. 7A-[illegible](d))
XXX-XX-1017 ☐ Has No Social Security No.

## NON-CAPITAL CRIMINAL CASE TRIAL LEVEL FEE APPLICATION ORDER FOR PAYMENT JUDGMENT AGAINST INDIGENT

G.S. Ch. 7A, Art. 36; G.S. 122C-268(d), -286(d)

**NOTE:** Use this form ONLY for non-capital criminal cases at the trial level.
**INSTRUCTIONS:** Applicant completes and signs all applicable portions of Section I. The trial judge completes Sections II and III and signs Section IV to award payment or fix value of services and enter the appropriate judgments. If no judgments are to be entered, the trial judge must so indicate in Section III. Clerk mails private appointed counsel fee applications to: IDS Financial Services Office, Courier Box 56-10-60, Raleigh, NC, OR if courier is not available, mail to PO Box 2448, Raleigh, NC 27602.

### I. APPLICATION

I, the undersigned ☐ assigned counsel, ☒ public defender, ☐ IDS contract counsel, make application for payment and reimbursement of necessary expenses incurred, or for determination of value of services rendered for the indigent. I certify that this information is correct to the best of my knowledge.

**MOST SERIOUS ORIGINAL CHARGE AND MOST SERIOUS DISPOSITION:** Check ONE box in each of the three following columns.

**1. Original Charge** (most serious offense)
- ☐ Felony Offense
  - Must Indicate Felony Class: ___
  - Name of Offense: ___
- ☐ Felony Probation Violation
- ☒ Misdemeanor Offense (Non-Traffic)
  - Must Indicate Misd. Class: 1
  - (If Class 3, attach Order Of Assignment)
- ☐ Misdemeanor Probation Violation
- ☐ DWI
- ☐ Other Traffic
  - Must Indicate Misd. Class: ___
  - (If Class 3, attach Order Of Assignment)
- ☐ Criminal Contempt
- ☐ Treatment Court (in columns 2 and 3, check Other)
- ☐ Satellite-Based Monitoring Hearing (in columns 2 and 3, check Other)
- ☐ Non-Capital Motion For Appropriate Relief (in columns 2 and 3, check Other)
- ☐ Other*: ___
  *(Check only if none of the above)

**2. Disposition** (most serious disposition)
- ☐ Guilty Plea Before Trial: Most Serious Original Charge
- ☐ Guilty Plea Before Trial: Other Offense
  - Name Of Offense: ___
- ☐ Guilty Plea During Trial: Other Offense
  - Name Of Offense: ___
- ☐ Trial: Guilty Most Serious Original Charge
- ☐ Trial: Guilty Other Offense
  - Name Of Offense: ___
- ☐ Trial: Acquitted
- ☐ Probation Violation Found
- ☐ Dismissed With Leave ☒ Dismissed Without Leave
- ☐ FTA/OFA Without Dismissal
- ☐ Deferred/Diverted
- ☐ Held In Criminal Contempt
- ☐ No Probable Cause
- ☐ Attorney Withdrew (reason): ___
- ☐ None (Interim Fee)
- ☐ Other*: ___
  *(Check only if none of the above)

**3. Judgment & Sentencing** (most serious)
- ☐ Active Sentence
  - Length of Sentence: ___
- ☐ Split Sentence
- ☐ Supervised Probation
- ☐ Unsupervised Probation
- ☐ Probation Terminated
- ☐ PJC
- ☐ Fines And Costs Only
- ☒ None (Acquitted/Dismissed)
- ☐ None (Deferred/Diverted)
- ☐ None (Attorney Withdrew)
- ☐ None (Interim Fee)
- ☐ Other*: ___
  *(Check only if none of the above)

| FINAL FEES ONLY: | Disposition Date 10/25/2022 | ☐ Check here if you were appointed to represent this defendant in another case(s) at the time of the appointment to this case(s) and you already submitted a fee application for that case(s) in which the attorney appointment fee was charged. | | | |
|---|---|---|---|---|---|
| COMPLETE FOR THIS FEE: ☐ Check here if judge required time sheet. See Note on Side Two. (Time must be reported in decimals, not minutes.) | Beginning Date This Fee Request 10/27/2021 | Ending Date This Fee Request 10/26/2022 | Date First Substantive Client Interview 12/13/2021 | Prior Total Fees And Expenses Allowed $ | |
| | Name Of Judge Setting Fee Knight | Time In Court 2.00 | Time In Court Waiting 2.00 | Time Out Of Court 2.00 | Total Time Claimed This Fee 6.00 |
| | Travel $ | (no. of miles) | Copying $ (if in-house, no. of copies) | Other (attach receipts if > $25) $ | Total Expenses $ |

**NOTE:** In assigned counsel cases, the applicant is always the individual attorney. If payment is to be made to individual applicant, write "same" under Payee and give applicant's taxpayer ID No. (Federal Employer ID No. or, if no Federal Employer ID, SSN). If payment is to be made to applicant's firm, give firm name as Payee and firm's taxpayer ID No.

| Name Of Applicant | Address |
|---|---|
| DENNIS DUFFY MAXWELL | 200 N. GROVE STREET, SUITE 93 |
| **Payee** (see Note) District 29B Public Defender Office | |
| **Taxpayer ID No.** (see Note) N/A | **Telephone No.** 828-694-4270 | HENDERSONVILLE NC 28792 |
| **Email Address** | **Date** 10/26/2022 | **Signature Of Applicant** [signature] |

### II. ORDER TO PAY OR FIX VALUE OF SERVICES

Based on the Findings of Fact set out in Section III, the Court ORDERS that the "Total Amount" stated on Line 4 below be:
☐ (Assigned Counsel) paid by the State of North Carolina to the payee named above.
☒ (Public Defender/IDS Contractor) fixed as the value of legal services and other expenses of representation rendered by the applicant named above.

| 1. Hours Approved By The Court | | 6.00 |
|---|---|---|
| 2. Fees Allowed/Value Of Services Rendered | (Hours Approved x IDS Rate) = | $ 390.00 |
| 3. Other Necessary Expenses Allowed By The Court | | $ |
| **4. TOTAL AMOUNT** | | **$ 390.00** |

(Over)

AOC-CR-225, Rev. 12/20, © 2020 Administrative Office of the Courts