Mackenzie Elaine Brown
158 Haven Rd
East Flat Rock, NC 28726

Retail


UNITED STATES
POSTAL SERVICE


28801

RDC 99

U.S. POSTAGE PAID
FCM LETTER
HENDERSONVILLE
NC 28792
OCT 17, 2024
$1.01
S2324M503395-10

RECEIVED
ASHEVILLE, NC

OCT 21 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

US DISTRICT COURT CLERK
100 Otis Street
Asheville, NC 28801