IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-270

| | |
|---|---|
| MACKENZIE ELAINE BROWN<br><br>Plaintiffs,<br><br>v.<br><br>HENDERSON COUNTY SHERIFF'S OFFICE, et al.<br><br>Defendants. | **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEAL** |

Defendants have no objection to Plaintiff's motion to seal exhibits. [Document 48].

This 21st day of October 2024.

        s/Sean F. Perrin
        Womble Bond Dickinson (US) LLP
        301 S. College Street, Ste. 3500
        Charlotte, North Carolina 28202
        Telephone: 704-331-4992
        Facsimile: 704-338-7814
        Sean.Perrin@wbd-us.com
        *Attorney for Defendants Henderson County Sheriff's Office, Robert Warren, Michael Lindsay, Crystal Landers, Johnny Duncan, Jr., Bradley Reese, and Brittany Maybin*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via the CM/ECF system and mailed the foregoing to the following non CM/ECF user as follows:

Mackenzie Elaine Brown
158 Haven Road
East Flat Rock, NC 28726

Dated: October 21, 2024.

                                                          s/Sean F. Perrin