UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00270

FILED
ASHEVILLE, NC

OCT 28 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

MACKENZIE ELAINE BROWN

Plaintiff

v.

HENDERSON COUNTY SHERIFF'S OFFICE, et al.

Defendants

REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SEAL

Pro Se Plaintiff, MACKENZIE ELAINE BROWN, on this day of OCTOBER 28, 2024, hereby submits this reply to the HCSO Defendants' Response to Plaintiff's Motion to Seal Exhibits from Document 43-2.

On October 21, 2024, Defendant's Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan, Jr, Bradley R. Reece, and Brittany N. Maybin (collectively known as the HCSO Defendants) submitted a response [Doc 49] to Plaintiff's Motion to Seal Exhibits [Doc 48].

The HCSO Defendant's stated that they have no objection to Plaintiff's motion.

Wherefore, Plaintiff respectfully requests to permanently seal the unredacted versions of Exhibits #5 and #8 within Document 43-2, and allow the redacted versions to be made publicly accessible.

Respectfully Submitted,

*Mackenzie Elaine Brown*

Mackenzie Elaine Brown

158 Haven Rd, East Flat Rock, NC 28726

P: 828-489-5080

E: mackenzieb0897@gmail.com

DATE: OCTOBER 28, 2024

# **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing to the U.S. Clerk of Courts Office, and mailed a copy to the following attorney's of the Defendants:


Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina, 28202
Telephone: 704-331-4992
Facsimile: 704-338-7814
sean.perrin@wbd-us.com
Counsel for Defendants Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan Jr., Bradley R. Reece, and Brittany Nicole Maybin.

&

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Fax: (919) 716-6755
eobrien@ncdoj.gov
State Bar No. 28885
Counsel for Defendants Oates & Cowan.

Dated October 28, 2024.

*Mackenzie Elaine Brown*

Mackenzie Elaine Brown,
Plaintiff & Pro Se Litigant
158 Haven Rd, East Flat
Rock, NC 28726
P: 828-489-5080
E: mackenzieb0897@gmail.com