IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00270-MR-WCM

| | | |
|---|---|---|
| MACKENZIE ELAINE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HENDERSON COUNTY SHERIFF'S OFFICE; | ) | |
| ROBERT JORDAN WARREN, | ) | |
| *Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division*; | ) | |
| MICHAEL SCOTT LINDSAY, | ) | |
| *Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division*; | ) | |
| CRYSTAL D. LANDERS, | ) | |
| *Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division*; | ) | |
| JOHNNY E. DUNCAN, JR. | ) | |
| *Henderson County Director of Technical Services/Public Information Officer*; | ) | |
| BRADLEY R. REESE, | ) | |
| *Animal Enforcement Officer with Henderson County Sheriff's Department*; | ) | |
| BRITTANY NICOLE MAYBIN, | ) | |
| *Detention Facility Officer with Henderson County Detention Facility*; | ) | |
| SUSAN N. OATES, | ) | |
| *Magistrate with North Carolina Administrative Office of the Courts*; and | ) | |
| EMILY GREENE COWAN, | ) | |
| *District Court Judge with the North Carolina Consolidated Judicial Retirement System*, | ) | |
| | ) | |
| Defendants. | ) | |

1

This matter is before the Court on Plaintiff's Motion to Seal Exhibits from Doc. 43-2 (the "Motion," Doc. 48). Specifically, Plaintiff, who is proceeding *pro se*, seeks an order sealing Exhibits 5 and 8 to her Response in Opposition to Defendant's Motion to Dismiss Amended Complaint (Doc. 43).

Exhibit 5 is a state warrant for Plaintiff's arrest (the "Arrest Warrant," Doc. 43-2 at 11–13). Exhibit 8 is a Public Defender's Fee Application (the "Fee Application," Doc. 43-2 at 19–20).

Defendants the Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan, Jr., Bradley R. Reese, and Brittany Nicole Maybin do not oppose the Motion. Doc. 49.

As Exhibits 5 and 8 contain Plaintiff's personal information, they should be sealed and redacted versions should be filed. Fed. R. Civ. P. 5.2(a); see also Administrative Procedures Governing Filing and Service By Electronic Means (available on the court's website).

Logistically, however, the sealing of these documents is somewhat complicated, as the original exhibits to Plaintiff's Response have been filed as one attachment, rather than as individual attachments.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Seal Exhibits from Doc. 43-2 (Doc. 48) is **GRANTED**, and Doc. 43-2 is **SEALED** until further order of the Court.

2. Plaintiff is **DIRECTED** to file, on or before **November 12, 2024,** additional copies of the exhibits to Doc. 43. Specifically, she shall file an index to which each exhibit is attached as a separate document. Exhibits 5 and 8 shall be redacted versions of the Arrest Warrant and Fee Application from which Plaintiff's personal information has been removed.

Signed: October 28, 2024

W. Carleton Metcalf
United States Magistrate Judge