UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00270

FILED
ASHEVILLE, NC

NOV 12 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

MACKENZIE ELAINE BROWN

Plaintiff

v.

HENDERSON COUNTY SHERIFF'S OFFICE, et al.

Defendants

SEALED EXHIBITS FROM DOC. 43-2

 

Pro Se Plaintiff, MACKENZIE ELAINE BROWN, on this day of NOVEMBER 4, 2024, hereby submits this Sealed Document of the Exhibits from Doc. 43-2.

Specifically, Exhibits 5 and 8 to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Amended Complaint (Doc. 43). Exhibit 5 is a state warrant for Plaintiff's arrest (the "Arrest Warrant," Doc. 43-2 at 11-13). Exhibit 8 is a Public Defender's Fee Application (the "Fee Application," Doc. 43-2 at 19-20).

On October 28, 2024, United States Magistrate Judge W. Carleton Metcalf granted Plaintiff's Motion to Seal (Doc. 48), and

ordered Doc. 43-2 to be SEALED until further order of the Court (Doc 51).

Wherefore, Plaintiff respectfully submits this motion containing additional copies of the exhibits to Doc. 43. Exhibits 5 and 8 are redacted versions of the Arrest Warrant and Fee Application from which Plaintiff's personal information has been removed.

Respectfully Submitted,

*Mackenzie Elaine Brown*

Mackenzie Elaine Brown

158 Haven Rd, East Flat Rock, NC 28726

P: 828-489-5080

E: mackenzieb0897@gmail.com

DATE: NOVEMBER 4,2024