UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NUMBER 1:23-CV-270

MACKENZIE ELAINE BROWN

    Plaintiff

v.

HENDERSON COUNTY SHERIFF'S
OFFICE, et al.

    Defendants

EXHIBIT LIST

**EXHIBIT 1:** HCSO'S PINK PATROL VEHICLE

**EXHIBIT 2:** LAW ENFORCEMENT AND PROSECUTORIAL PERSONNEL SIGNING HCSO'S PINK VEHICLE

**EXHIBIT 3:** PLAINTIFF'S SIGNAGE ON HCSO'S PINK VEHICLE

**EXHIBIT 4:** PICTURE THAT WAS TAKEN OF PLAINTIFF HANDCUFFED

**EXHIBIT 5:** WARRANT FOR ARREST (SEALED)

**EXHIBIT 6:** POST REGARDING PLAINTIFF'S ARREST ON HCSO'S FACEBOOK PAGE

**EXHIBIT 7:** CITATION FROM ANIMAL ENFORCEMENT

**EXHIBIT 8:** PLAINTIFF'S PUBLIC DEFENDER'S FEE APPLICATION MOTION (SEALED)