

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 1

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 1: HCSO'S PINK PATROL VEHICLE

