UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 2

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 2: LAW ENFORCEMENT AND PROSECUTORIAL PERSONNEL SIGNING HCSO'S PINK VEHICLE









Search

ARCHIVED RUMBLE

# DA Welch Adds Her Name to Survivor Car

WRITTEN BY ADMIN (/ARCHIVES/ITEMLIST/USER/62-ADMIN)     WEDNESDAY, OCTOBER 27, 2021



District Attorney Ashley Hornsby Welch signs car with her father, Dr. Ty Hornsby, by her side

District Attorney Ashley Hornsby Welch traveled to Henderson County this week to add her signature to those of other cancer survivors on a pink-wrapped squad car.

Welch is a Hendersonville native.

Go to top

