

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 3

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 3: PLAINTIFF'S SIGNAGE ON HCSO'S PINK VEHICLE

