UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 4

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 4: PICTURE THAT WAS TAKEN OF PLAINTIFF HANDCUFFED

