

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 5

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

# EXHIBIT 5: WARRANT FOR ARREST (SEALED)

| File No. | Law Enforcement Case No. | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| 21CR 053859 | 21081426 | 918035 | | WC9591CP2 |
| | HENDERSON COUNTY SHERIFFS OFFICE | | | |

# WARRANT FOR ARREST

**Offense**
IM-INJURY TO PERSONAL PROPERTY

## STATE OF NORTH CAROLINA
HENDERSON County

In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
MACKENZIE ELAINE BROWN
158 HAVEN ROAD

EAST FLAT ROCK     NC  28726
HENDERSON     (828) 489-7361

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did wantonly injure personal property, HENDERSON COUNTY SHERIFF'S OFFICE PATROL VEHICLE, CAR NUMBER SH 208, VIN 2C3CDXAT4MH525152, the property of HENDERSON COUNTY SHERIFF'S OFFICE. The damage caused was in excess of $200.00.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | F | ▇/1997 | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| ▇-1017 | ▇ NC |

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2912 | I 14-160 |

**Date Of Offense**
10/01/2021  through  10/01/2021

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**
2021-10-01

**Complainant (Name, Address Or Department)**
ROBERT J. WARREN
HENDERSON COUNTY SHERIFFS OFFICE
100 NORTH GROVE STREET
HENDERSONVILLE     NC  28792
HENDERSON     (828) 697-4596

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**
MICHAEL S LINDSAY
HENDERSON COUNTY SHERIFFS OFFICE
100 NORTH GROVE STREET
HENDERSONVILLE     NC  28792
HENDERSON     (828) 697-4596

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

☐ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

**Date Issued**
10/01/2021

**Signature**  SUSAN N OATES
☒ Magistrate   ☐ Deputy CSC
☐ Assistant CSC   ☐ Clerk Of Superior Court

**Location Of Court**

**Court Date**

**Court Time**  ☐ AM ☐ PM

(over)
**ORIGINAL COPY**

AOC-CR-100, Rev. 12/17
© 2017 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| 10/1/21 | 10/1/21 | 6:27 PM | 10/1/21 |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official: Soue

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return / Name Of Officer (type or print): Justin Wells

Department Or Agency Of Officer: Henderson Co. SO

## REDELIVERY/REISSUANCE

| Date | Signature | |
|---|---|---|
| | | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |

## RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official:

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return / Name Of Officer (type or print):

Department Or Agency Of Officer:

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge Or Magistrate |
|---|---|

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | |
| | Signature Of Attorney |

District Attorney: ASC
☐ Waived ☐ Not Indigent ☐ Denied
Attorney For Defendant: DMaxwell
☐ Appointed ☐ Retained

**PRIOR CONVICTIONS:** No./Level: 0 ☒ I (0) ☐ II (1-4) ☐ III (5+)

PLEA: ☐ guilty ☐ no contest _____ VERDICT: ☒ guilty _IPP_ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest _____ ☐ guilty _____ M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty _IPP_ ☐ not guilty _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict, it is ORDERED that the defendant: ☐ pay costs and a fine of $_____.
☒ be imprisoned for a term of __1__ days in the custody of the ☐ sheriff. ☐ MCP. ☐ DACJJ.* Pretrial credit __1__ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [ ☐ is ordered. (use form AOC-CR-602) ]
☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court; (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution** | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (NOTE TO CLERK: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-708 within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:**
☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
☐ No probable cause is found as to Count(s) _____ of this Warrant and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | |
|---|---|---|---|
| | | | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |