UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 6

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 6: POST REGARDING PLAINTIFF'S ARREST ON HCSO'S FACEBOOK PAGE

Sign Up

Email or phone

Password

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Meta © 2022

**Henderson County Sheriff's Office, Hendersonville North Carolina**
October 1, 2021

Now hear this

This morning the Henderson County Sheriff's Office along with AdventHealth unveiled a pink patrol car for Breast Cancer Awareness Month    . The intention of this car was to honor and recognize those individuals who have fought or are currently fighting Breast Cancer.

Several hours after unveiling this car Mackenzie Elaine Brown 24 years of age from East Flat Rock decided it would be a good idea to show her respect by coming to the Sheriff's Office and vandalizing this tribute car. Mackenzie didn't put too much thought    into her actions or she would have known the Law Enforcement Center is under 24/7 video surveillance    . Within less than an hour our officers    had identified her and obtained a warrant for her arrest.

Seeing how Mackenzie is such a supporter of our pink patrol car we decided to allow her to be the first person to ride in the back seat of it and we also gave her a complimentary stay in the ole gray bar hotel. Mackenzie has been charged with Injury to Personal Property and her bond was set at $2,000.00 secured. #PlayStupidGamesWinStupidPrizes #OurSheriffDoesntPlay #NotInHendersonCounty #DontDisrespectThoseWhoHaveFoughtBreastCancer #EnjoyYourVisitBackToJail



9.4K                                                                                             2.1K Comments  4.9K Shares

Share

See more of Henderson County Sheriff's Office, Hendersonville North Carolina on Facebook

Log In    or    Create new account