UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 7

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 7: CITATION FROM ANIMAL ENFORCEMENT

STATE OF NORTH CAROLINA
COUNTY OF HENDERSON



Henderson County Sheriff's Office
Animal Enforcement
100 North Grove Street
Hendersonville, NC 28792
(828) 697-4596

# NOTICE OF VIOLATION AND CITATION

Name: Mackenzie Brown   DOB: _____   Animal Breed: Pit

Street Address: 155 Hoover Rd   Animal Sex (circle): M  **F**

@ Flat Rock   Color: Black/white

Telephone Number: None   Rabies Tag#: _____

Officer: Reece   Animal's Name: Rolla

Date: 10-28-21   Time: 09:15   Location Of Violation: 155 Hoover Rd

____ Warning   **X** Citation   OCA: _____

The violation for which you are cited is in violation of Chapter 16 of the Henderson County Code and the violations carry the penalties stated below. YOU ARE CITED for the following: (Check all that apply)

☒ Interference with Animal Enforcement Officer or agent - $500/ per incident
☐ Concealment of an animal to evade ordinance - $100/ per day
☐ Public nuisance
    ○ Second Violation ($50)
    ○ Third and subsequent Violation ($100)
☐ Keeping Dangerous Dog / potentially dangerous dog
    ○ Unattended / loose / unrestrained - $500/ per day
    ○ Without tattoo / microchip- $500/ per day
    ○ Failing to notify of address change or death of animal- $500/ per day
    ○ Failing to present proof of transferee responsibility- $1000/ per day
    ○ Failing to Alter within 30 days of determination- $500/ per day
☐ Mistreatment of an animal- $500/ per day
☐ Release of animal from County-owned trap- $100/ per incident
☐ Failure to have current rabies vaccination for an animal- $100/ per day (does not include quarantine time)
☐ Killing or release of an observed animal- $500
☐ Failure to confine female dog in heat
☐ Failure to surrender an animal for rabies quarantine- $250/ per day
☐ Failure to comply with Companion Animal Permit- Permit Revoked
    ○ Animals in Excess of Companion Animal Permit- $50/ per excess animal over 10 animals and permit/ per day
☒ Other: missing 2 dangerous dog signs

by refusing to come to door for dangerous dog inspection

☐ Public Nuisance or Mistreatment-Describe conditions, behavior, actions of owner:

$550

TOTAL PENALTIES FOR VIOLATIONS CITED: _____

These fines must be paid at the Sheriff's Office at 100 North Grove Street. If this citation is not paid within 30 days of the date on this form, you will be deemed to have committed a misdemeanor and a warrant will be sworn out for your arrest as per Henderson County §66A-19.

**Official Use Only:**
☐ Citation hand-delivered
☐ Citation left at Residence
☐ With Notice of Impoundment
Officer's Signature: _____

# Ordinance Ticket
## HENDERSON COUNTY SHERIFF'S OFFICE

| Ordinance Number: | Ticket Number: | Ticket Date: | Ticket Time: | Officer ID: | | | |
|---|---|---|---|---|---|---|---|
| OV-2100177 | | 10/02/2021 | 9:15 | 4774 - Bradley Reece | | | |
| Incident Number: | Location: | | | Defendant Name: | | | |
| 21081640 | 158 HAVEN RD | | | BROWN, MACKENZIE | | | |
| Address: | | Phone Number: | Date of Birth: | Age: | Race: | Sex: | Height: |
| 158 HAVEN RD, E FLAT ROCK, NC | | | | | | | |
| Weight: | Hair Color: | Eye Color: | SSN: | Driver's Lic. #: | Driver's Lic. State: | Driver's Lic. Class: | |

| Charge Category: | Charge: | Statute Number: |
|---|---|---|
| ANIMAL | KEEPING DANGEROUS DOG | 16-10 |
| Fee: | Days Unpaid: | Current Fee Owed: | Voided: | Paid: | Payment Type: | Amount Paid: |
| $500.00 | | | Yes | No | | |
| Date Paid: | Time Paid: | Paid To: | | | | |

Fee if paid within days:

Payment is due within days of the date of the ticket.

## Vehicle Information

| Vehicle Type: | Vehicle Year: | Make: | Model: | Vehicle Style: |
|---|---|---|---|---|
| Top/Primary Color: | Bottom/Secondary Color: | License Plate #: | Plate State: | Plate Year: | VIN: |
| Owner Name: | Owner Address: | | | Owner Phone Number: |

## Comments

PIT, FEMALE, BLACK/WHITE, NAME - BELLA

DEPUTY NOTE: MISSING 2 DANGEROUS DOG SIGNS
    CITATION ISSUED - BY REFUSING TO COME TO DOOR FOR
    DANGEROUS DOG INSPECTION
    (CALL 697-4911 ASAP)

DEPUTY NOTE:

Date: 02/08/2024 -- Time: 17:56    Page 1

Case 1:23-cv-00270-MR-WCM    Document 52-8    Filed 11/12/24    Page 3 of 3