UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.

EXHIBIT 8

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 8: PLAINTIFF'S PUBLIC DEFENDER'S FEE APPLICATION MOTION (SEALED)

# STATE OF NORTH CAROLINA
## In The General Court Of Justice
☐ District ☒ Superior Court Division

HENDERSON County

File No. 21CRS053859
Additional File No(s).

☐ Check Here If This Fee Application Covers Multiple Charges

Provide all case numbers resolved on the same day in the same court before the same judge.

**Name And Address Of Indigent Client**
MACKENZIE BLAINE BROWN
158 HAVEN ROAD
EAST FLAT ROCK NC 28726

FILED 2022 OCT 27 A 11:27
HENDERSON COUNTY, C.S.C

**Date Attorney Appointed:** 10/27/2021

**Full Social Security No.** (required by G.S. 7A-[redacted]): [redacted]-1017 ☐ Has No Social Security No.

## NON-CAPITAL CRIMINAL CASE TRIAL LEVEL FEE APPLICATION ORDER FOR PAYMENT JUDGMENT AGAINST INDIGENT

G.S. Ch. 7A, Art. 36; G.S. 122C-268(d), -286(d)

**NOTE:** Use this form ONLY for non-capital criminal cases at the trial level.
**INSTRUCTIONS:** Applicant completes and signs all applicable portions of Section I. The trial judge completes Sections II and III and signs Section IV to award payment or fix value of services and enter the appropriate judgments. If no judgments are to be entered, the trial judge must so indicate in Section III. Clerk mails private appointed counsel fee applications to: IDS Financial Services Office, Courier Box 56-10-50, Raleigh, NC, OR if courier is not available, mail to PO Box 2448, Raleigh, NC 27602.

### I. APPLICATION

I, the undersigned ☐ assigned counsel, ☒ public defender, ☐ IDS contract counsel, make application for payment and reimbursement of necessary expenses incurred, or for determination of value of services rendered for the indigent. I certify that this information is correct to the best of my knowledge.
**MOST SERIOUS ORIGINAL CHARGE AND MOST SERIOUS DISPOSITION:** Check ONE box in each of the three following columns.

**1. Original Charge** (most serious offense)
- ☐ Felony Offense
- ☐ Felony Probation Violation
- ☒ Misdemeanor Offense (Non-Traffic) — Misd. Class: 1
- ☐ Misdemeanor Probation Violation
- ☐ DWI
- ☐ Other Traffic
- ☐ Criminal Contempt
- ☐ Treatment Court
- ☐ Satellite-Based Monitoring Hearing
- ☐ Non-Capital Motion For Appropriate Relief
- ☐ Other

**2. Disposition** (most serious disposition)
- ☐ Guilty Plea Before Trial: Most Serious Original Charge
- ☐ Guilty Plea Before Trial: Other Offense
- ☐ Guilty Plea During Trial: Other Offense
- ☐ Trial: Guilty Most Serious Original Charge
- ☐ Trial: Guilty Other Offense
- ☐ Trial: Acquitted
- ☐ Probation Violation Found
- ☐ Dismissed With Leave ☒ Dismissed Without Leave
- ☐ FTA/OFA Without Dismissal
- ☐ Deferred/Diverted
- ☐ Held In Criminal Contempt
- ☐ No Probable Cause
- ☐ Attorney Withdrew (reason):
- ☐ None (Interim Fee)
- ☐ Other

**3. Judgment & Sentencing** (most serious)
- ☐ Active Sentence
- ☐ Split Sentence
- ☐ Supervised Probation
- ☐ Unsupervised Probation
- ☐ Probation Terminated
- ☐ PJC
- ☐ Fines And Costs Only
- ☒ None (Acquitted/Dismissed)
- ☐ None (Deferred/Diverted)
- ☐ None (Attorney Withdrew)
- ☐ None (Interim Fee)
- ☐ Other

**FINAL FEES ONLY:** Disposition Date 10/25/2022

**COMPLETE FOR THIS FEE:**
| Beginning Date This Fee Request | Ending Date This Fee Request | Date First Substantive Client Interview | Prior Total Fees And Expenses Allowed |
|---|---|---|---|
| 10/27/2021 | 10/26/2022 | 12/13/2021 | $ |

| Name Of Judge Setting Fee | Time In Court | Time In Court Waiting | Time Out Of Court | Total Time Claimed This Fee |
|---|---|---|---|---|
| Knight | 2.00 | 2.00 | 2.00 | 6.00 |

| Travel | (no. of miles) | Copying (if in-house, no. of copies) | Other (attach receipts if > $25) | Total Expenses |
|---|---|---|---|---|
| $ | | $ | $ | $ |

**Name Of Applicant:** DENNIS DUFFY MAXWELL
**Payee:** District 29B Public Defender Office
**Taxpayer ID No.:** N/A
**Telephone No.:** 828-694-4270
**Address:** 200 N. GROVE STREET, SUITE 93, HENDERSONVILLE, NC 28792
**Date:** 10/26/2022
**Signature Of Applicant:** [signature]

### II. ORDER TO PAY OR FIX VALUE OF SERVICES

Based on the Findings of Fact set out in Section III, the Court ORDERS that the "Total Amount" stated on Line 4 below be:
- ☐ (Assigned Counsel) paid by the State of North Carolina to the payee named above.
- ☒ (Public Defender/IDS Contractor) fixed as the value of legal services and other expenses of representation rendered by the applicant named above.

| | | |
|---|---|---|
| 1. Hours Approved By The Court | | 6.00 |
| 2. Fees Allowed/Value Of Services Rendered (Hours Approved x IDS Rate) = | $ | 390.00 |
| 3. Other Necessary Expenses Allowed By The Court | $ | |
| 4. TOTAL AMOUNT | $ | 390.00 |

(Over)

AOC-CR-225, Rev. 12/20, © 2020 Administrative Office of the Courts

# **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing to the U.S. Clerk of Courts Office, and mailed a copy to the following attorney's of the Defendants:


Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina, 28202
Telephone: 704-331-4992
Facsimile: 704-338-7814
sean.perrin@wbd-us.com
Counsel for Defendants Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan Jr., Bradley R. Reece, and Brittany Nicole Maybin.

&

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Fax: (919) 716-6755
eobrien@ncdoj.gov
State Bar No. 28885
Counsel for Defendants Oates & Cowan.

Dated November 4, 2024.

*Mackenzie Elaine Brown*

Mackenzie Elaine Brown,
Plaintiff & Pro Se Litigant
158 Haven Rd, East Flat
Rock, NC 28726
P: 828-489-5080
E: mackenzieb0897@gmail.com