Mackenzie Elaine Brown
158 Haven Rd
East Flat Rock, NC 28726




Retail
U.S. POSTAGE PAID
FCM LG ENV
ETOWAH, NC 28729
NOV 08, 2024
28801
$2.59
RDC 99
R2305K139656-02



RECEIVED
Asheville, NC

NOV 1 2 2024

Clerk, US District Court
Western District of NC

US District Court Clerk
100 Otis street
Asheville, NC 28801