MACKENZIE ELAINE BROWN

    Plaintiff

v.

    EXHIBIT LIST

HENDERSON COUNTY SHERIFF'S
OFFICE, et al.

    Defendants

**EXHIBIT 1:** N.C.G.S. 15A-301.1. ELECTRONIC REPOSITORY

**EXHIBIT 2:** N.C.G.S. 15A-301. CRIMINAL PROCESS GENERALLY

**EXHIBIT 3:** CASE SUMMARY OF ASSAULT MATTER AGAINST BRANCH

**EXHIBIT 4:** SCREENSHOT DISPLAYING DATE AND TIME THE PHOTO OF THE
ORIGINAL CRIMINAL COMPLAINT FORM WAS TAKEN

**EXHIBIT 5:** SCREENSHOTS OF HCSO MOBILE APP POST

**EXHIBIT 6:** CASE SUMMARY OF INJURY TO PERSONAL PROPERTY MATTER AGAINST
PLAINTIFF

**EXHIBIT 7:** COMMENTS SECTION OF FACEBOOK POST



# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.                                          EXHIBIT 1

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 1: N.C.G.S. 15A-301.1.
ELECTRONIC REPOSITORY

## § 15A-301.1. Electronic Repository.

(a) The Administrative Office of the Courts shall maintain, in cooperation with State and local law enforcement agencies, an automated electronic repository or repositories for criminal process (hereinafter referred to collectively as the Electronic Repository), which shall comprise a secure system of electronic data entry, storage, and retrieval that provides for creating, signing, issuing, entering, filing, and retaining criminal process in electronic form, and that provides for the following with regard to criminal process in electronic form:

    (1)    Tracking criminal process.

    (2)    Accessing criminal process through remote electronic means by all authorized judicial officials and employees and all authorized law enforcement officers and agencies that have compatible electronic access capacity.

    (3)    Printing any criminal process in paper form by any authorized judicial official or employee or any authorized law enforcement officer or agency.

(b) Any criminal process may be created, signed, and issued in electronic form, filed electronically in the office of a clerk of superior court, and retained in electronic form in the Electronic Repository.

(c) Any process that was first created, signed, and issued in paper form may subsequently be filed in electronic form and entered in the Electronic Repository by the judicial official who issued the process or by any person authorized to enter it on behalf of the judicial official. All copies of the process in paper form are then subject to the provisions of subsections (i) and (k) of this section.

(d) Any criminal process in the Electronic Repository shall be part of the official records of the clerk of superior court of the county for which it was issued and shall be maintained in the office of that clerk as required by G.S. 15A-301(a).

(e) Any criminal process in the Electronic Repository may, at any time and at any place in this State, be printed in paper form and delivered to a law enforcement agency or officer by any judicial official, law enforcement officer, or other authorized person.

(f) When printed in paper form pursuant to subsection (e) of this section, any copy of a criminal process in the Electronic Repository confers the same authority and has the same force and effect for all other purposes as the original of a criminal process that was created and exists only in paper form.

(g) Service of any criminal process in the Electronic Repository may be effected by delivering to the person to be served a copy of the process that was printed in paper form pursuant to subsection (e) of this section.

(h) The tracking information specified in subsection (i) of this section shall promptly be entered in the Electronic Repository when one or both of the following occurs:

    (1)    A process is first created, signed, and issued in paper form and subsequently entered in electronic form in the Electronic Repository as provided in subsection (c) of this section.

    (2)    A copy of a process in the Electronic Repository is printed in paper form pursuant to subsection (e) of this section.

(i) The following tracking information shall be entered in the Electronic Repository in accordance with subsections (c) and (h) of this section:

    (1)    The date and time when the process was printed in paper form.

    (2)    The name of the law enforcement agency by or for which the process was printed in paper form.

    (3)    If available, the name and identification number of the law enforcement officer to whom any copy of the process was delivered.

(j) The service requirements set forth in subsection (k) of this section shall apply to:

     (1)     Each copy of a criminal process that is first created in paper form and subsequently entered into the Electronic Repository as provided in subsection (c) of this section.

     (2)     Each copy of a criminal process in the Electronic Repository that is printed in paper form pursuant to subsection (e) of this section.

(k)     Service Requirements for Process Entered in the Electronic Repository. – The copy of a process printed for the purpose of service shall be served not later than 24 hours after it has been printed. The date, time, and place of service shall promptly be recorded in the Electronic Repository and shall be part of the official records of the court. If the process is not served within 24 hours, that fact shall promptly be recorded in the Electronic Repository and all copies of the process in paper form shall be destroyed. The process may again be printed in paper form at later times and at the same or other places. Subsection (f) of this section applies to each successively printed copy of the process.

(*l*)     A law enforcement officer or agency that does not have compatible remote access to the Electronic Repository shall promptly communicate, by any reasonable means, the information required by subsection (k) of this section to the clerk of superior court of the county in which the process was issued or to any other person authorized to enter information into the Electronic Repository, and the information shall promptly be entered in the Electronic Repository.

(m)     Failure to enter any information as required by subsection (i) or (k) of this section does not invalidate the process, nor does it invalidate service or execution made after the period specified in subsection (k) of this section.

(n)     A warrant created and existing only in paper form is returned within the meaning of G.S. 132-1.4(k) when it is returned as provided in G.S. 15A-301(d). A warrant that exists only in electronic form in the Electronic Repository is returned within the meaning of G.S. 132-1.4(k), when it has been served or when service of the warrant is no longer being actively pursued, as either fact is entered in the Electronic Repository pursuant to subsection (k) of this section.

(o)     At the time an individual is taken into custody, the custodial law enforcement agency shall attempt to identify all outstanding warrants against that individual and notify the appropriate law enforcement agencies of the location of the individual.

(p)     Prior to the entry of any order of the court in a criminal case, the court shall attempt to identify all outstanding warrants against that individual, if in custody, and notify the appropriate law enforcement agencies of the location of the individual.  (2002-64, s. 2; 2015-48, s. 1; 2017-101, s. 1; 2022-47, s. 16(g).)

Case 1:23-cv-00270-MR-WCM    Document 54-1    Filed 03/10/25    Page 4 of 46

MACKENZIE ELAINE BROWN

Plaintiff

v.                                                    EXHIBIT 2

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 2: N.C.G.S. 15A-301.
CRIMINAL PROCESS GENERALLY

## SUBCHAPTER III. CRIMINAL PROCESS.

### Article 17.

### Criminal Process.

### § 15A-301. Criminal process generally.

(a) Formal Requirements. -

    (1) A record of each criminal process issued in the trial division of the General Court of Justice must be maintained in the office of the clerk in either paper form or in electronic form in the Electronic Repository as provided in G.S. 15A-301.1.

    (2) Criminal process, other than a citation, must be signed and dated by the judicial official who issues it. The citation must be signed and dated by the law-enforcement officer who issues it.

(b) To Whom Directed. - Warrants for arrest and orders for arrest must be directed to a particular officer, a class of officers, or a combination thereof, having authority and territorial jurisdiction to execute the process. A criminal summons must be directed to the person summoned to appear and must be delivered to and may be served by any law-enforcement officer having authority and territorial jurisdiction to make an arrest for the offense charged, except that in those instances where the defendant is called into a law-enforcement agency to receive a summons, any employee so designated by the agency's chief executive officer may serve a criminal summons at the agency's office. The citation must be directed to the person cited to appear.

(b1) Approval by District Attorney; school personnel. - Notwithstanding any other provision of law, no warrant for arrest, order for arrest, criminal summons, or other criminal process shall be issued by a magistrate against a school employee, as defined in G.S. 14-33(c)(6), for an offense that occurred while the school employee was in the process of discharging his or her duties of employment, without the prior written approval of the district attorney or the district attorney's designee. For purposes of this subsection, the term "district attorney" means the person elected to the office of district attorney. This subsection does not apply if the offense is a traffic offense or if the offense occurred in the presence of a sworn law enforcement officer. The district attorney may decline to accept the authority set forth in this subsection; in such case, the procedure and review authority shall be as set forth in subsection (b2) of this section.

(b2) (For effective date, see note) Magistrate review; school personnel. - A district attorney may decline the authority provided under subsection (b1) of this section by filing a letter so indicating with the clerk of superior court. The district attorney shall provide a copy of the filed letter to the chief district court judge. Upon receipt of the letter from the district attorney, the chief district court judge shall appoint a magistrate or magistrates to review any application for a warrant for arrest, order for arrest, criminal summons, or other criminal process against a school employee, as defined in G.S. 14-33(c)(6), where the allegation is that the school employee committed a misdemeanor offense while discharging his or her duties of employment. The failure to comply with any of the requirements in this subsection shall not affect the validity of any warrant, order, summons, or other criminal process. The following exceptions apply to the requirements in this subsection:

    (1) The offense is a traffic offense.

    (2) The offense occurred in the presence of a sworn law enforcement officer.

    (3) There is no appointed magistrate available to review the application.

(c) Service. -

    (1) A law-enforcement officer or other employee designated as provided in subsection (b) receiving for service or execution a criminal process that was first created and exists only in paper form must note thereon the date and time of its receipt. A law enforcement officer receiving a copy of a criminal process that was printed in paper form as provided in G.S. 15A-301.1 shall cause the date of receipt to be recorded as provided in that section. Upon execution or service, a copy of the process must be delivered to the person arrested or served.

    (2) A corporation may be served with criminal summons as provided in G.S. 15A-773.

(d) Return. -

    (1) The officer or other employee designated as provided in subsection (b) who serves or executes a criminal process that was first created and exists only in paper form must enter the date and time of the service or execution on the process and return it to the clerk of court in the county in which issued. The officer or other employee designated as provided in subsection (b) of this section who serves or executes a copy of a criminal process that was printed in paper form as

Case 1:25-cv-00276-WRW-CM   Document 54-1   Filed 03/10/25   Page 6 of 46

provided in G.S. 15A-301.1 shall promptly cause the date of the service or execution to be recorded as provided in that section.

(2) If criminal process that was created and exists only in paper form is not served or executed within a number of days indicated below, it must be returned to the clerk of court in the county in which it was issued, with a reason for the failure of service or execution noted thereon.

    a. Warrant for arrest - 180 days.

    b. Order for arrest - 180 days.

    c. Criminal summons - 90 days or the date the defendant is directed to appear, whichever is earlier.

(3) Failure to return the process to the clerk as required by subdivision (2) of this subsection does not invalidate the process, nor does it invalidate service or execution made after the period specified in subdivision (2).

(4) The clerk to which return of a criminal process that was created and exists only in paper form is made may redeliver the process to a law-enforcement officer or other employee designated as provided in subsection (b) for further attempts at service. If the process is a criminal summons, he may reissue it only upon endorsement of a new designated time and date of appearance.

(e) Copies to Be Made by Clerk. -

(1) The clerk may make a certified copy of any criminal process that was created and exists only in paper form filed in his office pursuant to subsection (a) when the original process has been lost or when the process has been returned pursuant to subdivision (d)(2). The copy may be executed as effectively as the original process whether or not the original has been redelivered as provided in G.S. 15A-301(d)(4).

(2) When criminal process is returned to the clerk pursuant to subdivision (d)(1) and it appears that the appropriate venue is in another county, the clerk must make and retain a certified copy of the process and transmit the original process to the clerk in the appropriate county.

(3) Upon request of a defendant, the clerk must make and furnish to him without charge one copy of every criminal process filed against him.

(4) Nothing in this section prevents the making and retention of uncertified copies of process for information purposes under G.S. 15A-401(a)(2) or for any other lawful purpose.

(f) Protection of Process Server. - An officer or other employee designated as provided in subsection (b), and serving process as provided in subsection (b), receiving under this section or under G.S. 15A-301.1 criminal process which is complete and regular on its face may serve the process in accordance with its terms and need not inquire into its regularity or continued validity, nor does he incur criminal or civil liability for its due service.

(g) Recall of Process - Authority. - A criminal process that has not been served on the defendant, other than a citation, shall be recalled by a judicial official or by a person authorized to act on behalf of a judicial official as follows:

(1) A warrant or criminal summons shall be recalled by the issuing judicial official when that official determines that probable cause did not exist for its issuance.

(2) Any criminal process other than a warrant or criminal summons may be recalled for good cause by any judicial official of the trial division in which it was issued. Good cause includes, without limitation, the fact that:

    a. A copy of the process has been served on the defendant.

    b. All charges on which the process is based have been disposed.

    c. The person named as the defendant in the process is not the person who committed the charged offense.

    d. It has been determined that grounds for the issuance of an order for arrest did not exist, no longer exist or have been satisfied.

(3) The disposition of all charges on which a process is based shall effect the recall, without further action by the court, of that process and of all other outstanding process issued in connection with the charges, including all orders for arrest issued for the defendant's failure to appear to answer the charges.

When the process was first created and exists only in paper form, the recall shall promptly be communicated by any reasonable means to each law-enforcement agency known to be in possession of the original or a copy of

the process, and each agency shall promptly return the process to the court, unserved. When the process is in the Electronic Repository, the recall shall promptly be entered in the Electronic Repository, and no further copies of the process shall be printed in paper form. The recall shall also be communicated by any reasonable means to each agency that is known to be in possession of a copy of the process in paper form and that does not have remote electronic access to the Electronic Repository. (1868-9, c. 178, subch. 3, s. 4; Code, s. 1135; Rev., s. 3159; C.S., s. 4525; 1957, c. 346; 1969, c. 44, s. 28; 1973, c. 1286, s. 1; 1975, 2nd Sess., c. 983, ss. 136, 137; 1979, c. 725, ss. 1-3; 1989, c. 262, s. 3; 2002-64, s. 3; 2012-149, s. 5; 2022-47, s. 16(f); 2023-46, s. 17.)



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270


MACKENZIE ELAINE BROWN

Plaintiff


v.                                          EXHIBIT 3


HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants


# EXHIBIT 3: CASE SUMMARY OF ASSAULT MATTER AGAINST BRANCH

Henderson District Court

## Case Summary

### Case No. 22CR286228-440

| STATE OF NORTH CAROLINA VS ROBERT DILLI BURGESS-BRANCH | § | | |
|---|---|---|---|
| | § | Location: | **Henderson District Court** |
| | § | Filed on: | **09/03/2022** |
| | § | Criminal Process Number: | **OFA-23-124236** |
| | § | Criminal Process Number: | **RO-22-1393665** |
| | § | Criminal Process Number: | **OFA-23-54119** |
| | § | Criminal Process Number: | **OFA-22-1322451** |
| | § | Criminal Process Number: | **CS-22-1120865** |
| | § | Criminal Process Number: | **OFA-23-124304** |
| | § | Electronic Warrants Warrant ID: | **t6nsAdKrq3kwSXwABbnkEk** |
| | § | Electronic Warrants Warrant ID: | **uMgxNaNPn6dm5A6MX8Z9kA** |
| | § | Electronic Warrants Warrant ID: | **cfmYB7w7Jh5tFLC3mVah7C** |
| | § | Electronic Warrants Warrant ID: | **6dnjvpHLXnBDkU3Jgg5Upe** |
| | § | Electronic Warrants Warrant ID: | **x1aRLxHqZs84q2Lfyoq9LG** |
| | § | Electronic Warrants Warrant ID: | **fVFzAmv1qLFAMaDwHijv9S** |
| | § | ACIS File Number Key: | **4402022286228D** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| | | | | | Case Type: | Criminal |
| 01. ASSAULT ON A FEMALE | 14-33(C)(2) | MA1 | 09/26/2021 | 09/03/2022 | Case Status: | **08/02/2023 Disposed** |
| Offense Reports Agency: OTH Legacy Agency | | | | | | |
| 02. FAILURE TO APPEAR ON MISD | 15A-543(C) | M2 | 09/26/2021 | 09/03/2022 | | |
| Offense Reports Agency: OTH Legacy Agency | | | | | | |

### Related Cases
22CR286228-440 (Bond Forfeiture)

### Bonds
| Secured Bond - Professional Surety | #22B014897 | $1,000.00 |
|---|---|---|
| 12/21/2022 | Posted | |
| Counts: 1 | | |

Bond Insurance Company: PALMETTO SURETY CORPORATION

Bond Company: GASPERSON, BRANDON, C

---

## Assignment Information

**Current Case Assignment**
Case Number 22CR286228-440
Court Henderson District Court
Date Assigned 09/03/2022

## Party Information

| | | |
|---|---|---|
| **Defendant** | **BURGESS-BRANCH, ROBERT DILLI**<br>*Alias* BURGESS BRANCH, ROBERT DILLI<br><br>White<br>Male | **MURRAY-OBERTEIN, ELISABETH**<br>*Court Appointed* |
| **State** | **STATE OF NORTH CAROLINA**<br>Other | **Wells, John-Thomas**<br>*Retained* |
| **Complainant** | **BROWN, MACKENZIE ELAINE**<br> | |
| **Fiduciary** | **GASPERSON, BRANDON, C** | |
| **Surety** | **PALMETTO SURETY CORPORATION** | |

## Case Events

**08/02/2023**
Offense Disposed
 *Court Officials Present: Title Name JUDGE LARRY J WILSON STATE ATTORNEY JOHNTHOMAS WELLS APPOINTED*
 *ELISABETH MURRAY DISPOSITION DATE: 08/02/2023 METHOD OF DISPOSITION CODE: DISMISSED BY COURT*
Charges:
 02. FAILURE TO APPEAR ON MISD (5022)
  Created: 08/02/2023 3:42 PM

**08/02/2023**
Offense Disposed
 *Court Officials Present: Title Name JUDGE LARRY J WILSON STATE ATTORNEY JOHNTHOMAS WELLS APPOINTED*
 *ELISABETH MURRAY DISPOSITION DATE: 08/02/2023 METHOD OF DISPOSITION CODE: DISMISSED BY COURT*
 *DISPOSITION REASON CODE: DEFENDANT DECEASED ACIS SPECIAL CONDITION1: DEFENDANT DECEASED*
Charges:
 01. ASSAULT ON A FEMALE (1389)
  Created: 08/02/2023 3:32 PM

**08/02/2023** State Attorney Assigned
  *Court Officials Present: Title Name STATE ATTORNEY JOHNTHOMAS WELLS*
  Created: 08/02/2023 3:32 PM

**08/02/2023** Disposition Reason Freeform Text
  *DEFENDANT DECEASED*
  Charges:
   01. ASSAULT ON A FEMALE (1389)
    Created: 08/02/2023 12:00 AM

**08/02/2023** Failure to Appear Compliance
  Created: 08/02/2023 12:00 AM

**08/02/2023** ACIS Special Conditions
  *DEFENDANT DECEASED*
  Charges:
   01. ASSAULT ON A FEMALE (1389)
    Created: 08/02/2023 12:00 AM

| 02/17/2023 | Order for Arrest Recalled<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>Crim Proc #: OFA-23-124304<br>Created: 08/02/2023 3:36 PM | |
| 02/17/2023 | Order for Arrest Issued<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>Crim Proc #: OFA-23-124304<br>Created: 02/20/2023 11:35 AM | Index # 9 |
| 02/17/2023 | Order for Arrest Recalled<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>: OFA-23-124236<br>Created: 02/20/2023 11:33 AM | |
| 02/17/2023 | Order for Arrest Issued<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>: OFA-23-124236<br>Created: 02/20/2023 11:19 AM | Index # 8 |
| 01/23/2023 | Motion/Order to Continue<br>*Court Session: 2023-02-17; ANTE MERIDIEM; TRIAL;*<br>Created: 01/23/2023 11:48 AM | |
| 01/23/2023 | Order for Arrest Recalled<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>: OFA-23-54119<br>Created: 01/23/2023 11:23 AM | |
| 01/23/2023 | Order for Arrest Issued<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>: OFA-23-54119<br>Charges:<br>01. ASSAULT ON A FEMALE (1389)<br>02. FAILURE TO APPEAR ON MISD (5022)<br>Created: 01/23/2023 10:51 AM | Index # 7 |
| 01/19/2023 | Motion/Order to Continue<br>*Court Session: 2023-01-20; ANTE MERIDIEM; TRIAL;*<br>Created: 01/19/2023 11:16 AM | |
| 12/21/2022 | Bond Posted<br>Created: 12/21/2022 8:45 PM | Index # 6 |
| 12/21/2022 | Release Order Issued<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>Crim Proc #: RO-22-1393665<br>Created: 12/21/2022 4:22 PM | Index # 5 |
| 12/21/2022 | Motion/Order to Continue<br>*Court Session: 2022-12-26; ANTE MERIDIEM; TRIAL;*<br>Created: 12/21/2022 4:23 PM | |
| 12/15/2022 | Failure to Appear<br>Charges:<br>01. ASSAULT ON A FEMALE (1389)<br>Created: 12/15/2022 11:32 AM | |
| 11/18/2022 | Order for Arrest Returned Served<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>Crim Proc #: OFA-22-1322451<br>Created: 12/21/2022 4:22 PM | Index # 4 |
| 11/18/2022 | Order for Arrest Issued<br>*Location: HENDERSON COUNTY COURTHOUSE*<br>: OFA-22-1322451<br>Created: 11/22/2022 11:03 AM | Index # 3 |

## Case Summary

### Case No. 22CR286228-440

| | |
|---|---|
| 10/27/2022 | Defense Attorney Removed |
| | *Court Officials Present: Title Name PUBLIC DEFENDER PUBLIC DEFENDER* |
| | Created: 10/27/2022 11:27 AM |
| 10/27/2022 | Defense Attorney Assigned |
| | *Court Officials Present: Title Name APPOINTED ELISABETH MURRAY Notified By Email NOTIFIED BY EMAIL: Y* |
| | Created: 10/27/2022 11:27 AM |
| 10/27/2022 | Motion/Order to Continue |
| | *Court Session: 2022-11-18; ANTE MERIDIEM; TRIAL;* |
| | Created: 10/27/2022 10:22 AM |
| 10/27/2022 | Defense Attorney Assigned |
| | *Court Officials Present: Title Name PUBLIC DEFENDER PUBLIC DEFENDER NOTIFIED BY EMAIL: N* |
| | Created: 10/27/2022 10:22 AM |
| 09/05/2022 | Motion/Order to Continue |
| | *Court Session: 2022-10-26; ANTE MERIDIEM; TRIAL;* |
| | Created: 09/05/2022 4:35 AM |
| 09/04/2022 | Legacy Process Served Date |
| | Created: 09/04/2022 12:00 AM |
| 09/03/2022 | Criminal Summons Issued |
| | *CRRPRC:S* |
| | Created: 09/03/2022 12:00 AM |

---

### Dispositions

| | |
|---|---|
| 08/02/2023 | **Disposition** (Judicial Officer: WILSON, LARRY J) |
| | 01. ASSAULT ON A FEMALE |
| | District Dismissed by the Court - No Plea Agreement |
| | Created: 08/02/2023 12:00 AM |
| 08/02/2023 | **Disposition** (Judicial Officer: WILSON, LARRY J) |
| | 02. FAILURE TO APPEAR ON MISD |
| | District Dismissed by the Court - No Plea Agreement |
| | Created: 08/02/2023 12:00 AM |

---

### Hearings

| | |
|---|---|
| 08/02/2023 | **Disposition Hearing** (9:00 AM) (Judicial Officer: WILSON, LARRY J) |
| | *Hearing Held* |
| | Created: 08/02/2023 12:00 AM |
| 02/17/2023 | **Disposition Hearing** (9:00 AM) |
| | *Hearing Held* |
| | Created: 02/17/2023 12:00 AM |

---

### Bond Settings

| | |
|---|---|
| 12/21/2022 | **Bond Setting** |
| | Set By Clerk $1,000.00 Secured Bond - Property by Defendant , Secured Bond - Cash by Accommodation , Secured Bond - Property by Accommodation , Secured Bond - Cash by Defendant , Secured Bond - Professional Surety |



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270


MACKENZIE ELAINE BROWN

Plaintiff


v.                                                    EXHIBIT 4


HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants


EXHIBIT 4: SCREENSHOT DISPLAYING
DATE AND TIME THE PHOTO OF THE
ORIGINAL CRIMINAL COMPLAINT
FORM WAS TAKEN





UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270


MACKENZIE ELAINE BROWN

Plaintiff


v.                                                    EXHIBIT 5


HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants


EXHIBIT 5: SCREENSHOTS OF HCSO
MOBILE APP POST





# Breast Cancer Car Vandalized - Arrest Made

*3y+ ago | 10/01/2021 05:52 PM*

This morning the Henderson County Sheriff's Office along with AdventHealth unveiled a pink patrol car for Breast Cancer Awareness Month. The intention of this car was to honor and recognize those individuals who have fought or are currently fighting Breast Cancer.

Several hours after unveiling this car **Mackenzie Elaine Brown** 24 years of age from East Flat Rock decided it would be a good idea to show her respect by coming to the Sheriff's Office and vandalizing this tribute car. Mackenzie didn't put too much thought into her actions or she would have known the Law Enforcement Center is under 24/7 video surveillance. Within less than an hour our officers had identified her and obtained a warrant for her arrest.

Seeing how Mackenzie is such a supporter of our pink patrol car we decided to allow her to be the first person to ride in the back seat of it. Mackenzie has been charged with Injury to Personal Property and her bond was set at $2,000.00 secured.





UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.                                          **EXHIBIT** 6

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT6: CASE SUMMARY OF INJURY
TO PERSONAL PROPERTY MATTER AGAINST
PLAINTIFF

# Case Summary

## Case No. 21CR053859-440

| | | |
|---|---|---|
| **STATE OF NORTH CAROLINA VS MACKENZIE ELAINE BROWN** | § § § § § § § | Location: **Henderson Superior Court** |
| | | Filed on: **10/01/2021** |
| | | Criminal Process Number: **21RO1027391** |
| | | Electronic Warrants Warrant ID: **9ab1e7956d3e8d35ad662097415( |
| | | Electronic Warrants Warrant ID: **865803b66cc271a098a49c9b462** |
| | | Criminal Process Number: **21WFA1027088** |
| | | ACIS File Number Key: **4402021053859D** |

---

## Case Information

---

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| 51.  INJURY TO PERSONAL PROPERTY | 14-160 | M1 | 10/01/2021 | 10/01/2021 | Case Type: | Criminal |
| | | | | | Case Status: | **10/25/2022**  Disposed |

Offense Reports
Control #:  21081426
Agency:  Henderson County Sheriffs Office
100 North Grove St
Hendersonville, NC, 28792

## Related Cases

---

## Assignment Information

---

**Current Case Assignment**
Case Number  21CR053859-440
Court  Henderson Superior Court
Date Assigned  10/01/2021

---

## Party Information

---

| Defendant | **BROWN, MACKENZIE ELAINE** | **MAXWELL, DENNIS DUFFY Jr.** |
|---|---|---|
| | ▬▬▬▬▬ | *Public Defender* |
| | White | |
| | Female | |
| State | **STATE OF NORTH CAROLINA** | Cavalieri, Anthony |
| | Other | *Retained* |
| Complainant | **WARREN, R** | |
| | 100 NORTH GROVE STRE | |
| | ET | |
| | HENDERSONVILLE, NC 28792 | |

---

## Case Events

---

10/25/2022
Offense Disposed
*Court Officials Present: Title Name STATE ATTORNEY ANTHONY CAVALIERI PUBLIC DEFENDER DENNIS DUFFY MAXWELL DISPOSITION DATE: 10/25/2022 METHOD OF DISPOSITION CODE: DISMISSAL WITHOUT LEAVE BY DA DISPOSITION REASON CODE: OTHER OTHER REASON TEXT: NISITP*
Charges:
51. INJURY TO PERSONAL PROPERTY (2912)
Created:  10/25/2022 3:53 PM

10/25/2022    Disposition Reason Freeform Text

> *NISITP*
> Charges:
> 51. INJURY TO PERSONAL PROPERTY (2912)
> Created: 10/25/2022 12:00 AM

10/25/2022 ACIS Special Conditions
> *NISITP*
> Charges:
> 51. INJURY TO PERSONAL PROPERTY (2912)
> Created: 10/25/2022 12:00 AM

09/27/2022 Motion/Order to Continue
> *Court Session: 2022-11-07; ANTE MERIDIEM; TRIAL;*
> Created: 09/27/2022 3:21 PM

07/18/2022 Motion/Order to Continue
> *Court Session: 2022-09-19; ANTE MERIDIEM; TRIAL;*
> Created: 07/18/2022 3:21 PM

05/04/2022 Motion/Order to Continue
> *Court Session: 2022-07-05; ANTE MERIDIEM; TRIAL;*
> Created: 05/04/2022 3:18 PM

03/29/2022 Motion/Order to Continue
> *Court Session: 2022-04-28; ANTE MERIDIEM; TRIAL;*
> Created: 03/29/2022 12:18 PM

03/28/2022 Motion/Order to Continue
> *Court Session: 2022-07-28; ANTE MERIDIEM; TRIAL;*
> Created: 03/28/2022 8:44 AM

03/24/2022
Appealed to Superior Court
> *APPEAL DATE: 03/24/2022 APPEAL NOTICE: OPEN COURT RELEASE ORDER MODIFICATION: REMAIN THE SAME CASE OFFENSE:*
> *[51]*
> Created: 03/28/2022 8:43 AM

03/24/2022
Monies Entered
> *Court Officials Present: Title Name JUDGE EMILY GREENE COWAN PAID STATUS: NO PAYMENT TYPE: FULL PAYMENT TO BE PAID*
> *DATE: 03/24/2022 Type: GCJF DISTRICT AMT: $146.55 Status: ORDERED Restitution To: Type: GCJF DISTRICT-LAA AMT: $0.95*
> *Status: ORDERED Restitution To: Type: LEOB-RF AMT: $7.50 Status: ORDERED Restitution To: Type: INDIGENT DEFENSE FEE AMT:*
> *$5.00 Status: ORDERED Restitution To: Type: TELECOM & DATA FEE DISTRICT AMT: $4.00 Status: ORDERED Restitution To: Type:*
> *SERVICE FEE AMT: $5.00 Status: ORDERED Restitution To: Type: FACILITIES FEE DISTRICT AMT: $12.00 Status: ORDERED*
> *Restitution To: Type: STATE DNA FEE DISTRICT AMT: $2.00 Status: ORDERED Restitution To: Type: JAIL FEE PRETRIAL AMT: $10.00*
> *Status: ORDERED Restitution To: Ordered By: COWAN,EMILY,GREENE Ordered Date: 03/28/2022 Payment Type: FL PYMT To Be Paid*
> *Date: 03/24/2022*
> Created: 03/28/2022 8:35 AM

03/24/2022
Offense Disposed
> *Court Officials Present: Title Name JUDGE EMILY GREENE COWAN STATE ATTORNEY ANTHONY CAVALIERI PUBLIC DEFENDER*
> *DENNIS DUFFY MAXWELL DISPOSITION DATE: 03/24/2022 METHOD OF DISPOSITION CODE: JUDGE VERDICT RULING CODE:*
> *GUILTY PLEA TYPE: NOT GUILTY OFFENSE CODE: 2912 OFFENSE CLASS: 1 PRIOR RECORD POINTS: 1 SENTENCE TYPE: ACTIVE*
> *SENTENCE MINIMUM TERM: 1.0 DAYS IN CUSTODY OF: HENDERSON COUNTY DETENTION CENTER SHERIFF CREDIT FOR TIME*
> *SERVED TERM: 1.0 DAYS APPLY CREDIT TO: SENTENCE PRETRIAL JAIL DAYS SERVED TERM: 1.0 DAYS*
> Created: 03/28/2022 8:35 AM

03/24/2022 State Attorney Assigned
> *Court Officials Present: Title Name STATE ATTORNEY ANTHONY CAVALIERI*
> Created: 03/28/2022 8:35 AM

03/24/2022 Warrant For Arrest Issued
> *CRRPRS:W*
> Created: 03/24/2022 12:00 AM

03/24/2022
Legacy District Court Disposition
> *ChargeID: 4402021053859C_01_1 CROFFNS_CASEKEY: 4402021053859 CROFFNS_CASETYPE: C CROFFNS_CRDACTSN: A*
> *CROFFNS_CRDADT: 20220324 CROFFNS_CRDCST: 193.00 CROFFNS_CRDDDT: 20220324 CROFFNS_CRDJNO: EGC*
> *CROFFNS_CRDMNL: 001 CROFFNS_CRDMOD: JU CROFFNS_CRDOFCL: 1 CROFFNS_CRDOFCLSrc: 1-Source CROFFNS_CRDPLE: NG*

Case 1:23-cv-00270-MR-WCM     Document 54-1     Filed 03/10/25     Page 20 of 46

# Case Summary

### Case No. 21CR053859-440

*CROFFNS_CRDPRPT: 01 CROFFNS_CRDSPD: D CROFFNS_CRDVER: GU CROFFNS_CRDWCC: N CROFFNS_CROCDT: 20211001 CROFFNS_CRODTA: 20211001 CROFFNS_CROFFA: 2912 CROFFNS_CROFFC: 2912 CROFFNS_CROFFV: 2912 CROFFNS_CROLNO: 01 CROFFNS_CRRCAP_IFOCAP: M CROFFNS_CRRCHR_IFOCHR: 00 CROFFNS_CRRCMN_IFOCMN: 01 CROFFNS_CRRKEY: C4402021053859002010011000 CROFFNS_CRRKEY_CRRKCC: 20 CROFFNS_CRRKEY_CRRKCY: 440 CROFFNS_CRRKEY_CRRKSQ: 053859 CROFFNS_CRRKEY_CRRKYY: 21 CROFFNS_CRRKEY_LN01: 01 CROFFNS_CRRKEY_LN02: 00 CROFFNS_CRRKEY_RECID: 1100 CROFFNS_CRRKEY_SEGSEQ: 002 CROFFNS_ETL_LAST_UPDATE_TS: 2024-07-14 09:35:31.792 CROFFNS_FILE_DATE: 2024-07-13 CRJMTCPY Info: CRJMTCPY_CASEKEY: 4402021053859 CRJMTCPY_CASETYPE: C CRJMTCPY_CRRKEY: C4402021053859003010011130 CRJMTCPY_CRRKEY_CRRKCC: 20 CRJMTCPY_CRRKEY_CRRKCY: 440 CRJMTCPY_CRRKEY_CRRKSQ: 053859 CRJMTCPY_CRRKEY_CRRKYY: 21 CRJMTCPY_CRRKEY_LN01: 01 CRJMTCPY_CRRKEY_LN02: 00 CRJMTCPY_CRRKEY_RECID: 1130 CRJMTCPY_CRRKEY_SEGSEQ: 003 CRJMTCPY_CRTIMSV: 0001 CRJMTCPY_ETL_LAST_UPDATE_TS: 2024-07-14 09:56:32.272 CRJMTCPY_FILE_DATE: 2024-07-13 CRJMTCPY_JUDNUM: 2022-03-28-08.35.08.305314*

Created: 03/24/2022 12:00 AM

| | |
|---|---|
| 01/28/2022 | Motion/Order to Continue |
| | *Court Session: 2022-03-24; ANTE MERIDIEM; TRIAL;* |
| | Created: 01/28/2022 8:44 AM |
| 12/14/2021 | Motion/Order to Continue |
| | *Court Session: 2022-01-27; ANTE MERIDIEM; TRIAL;* |
| | Created: 12/14/2021 9:50 AM |
| 10/28/2021 | Defense Attorney Removed |
| | *Court Officials Present: Title Name PUBLIC DEFENDER PUBLIC DEFENDER* |
| | Created: 10/28/2021 3:50 PM |

10/28/2021
Defense Attorney Assigned
*Court Officials Present: Title Name PUBLIC DEFENDER DENNIS DUFFY MAXWELL Notified By Email NOTIFIED BY EMAIL: Y*
Created: 10/28/2021 3:50 PM

| | |
|---|---|
| 10/27/2021 | Motion/Order to Continue |
| | *Court Session: 2021-12-13; ANTE MERIDIEM; TRIAL;* |
| | Created: 10/27/2021 4:05 PM |
| 10/27/2021 | Defense Attorney Assigned |
| | *Court Officials Present: Title Name PUBLIC DEFENDER PUBLIC DEFENDER NOTIFIED BY EMAIL: N* |
| | Created: 10/27/2021 4:05 PM |
| 10/01/2021 | Motion/Order to Continue |
| | *Court Session: 2021-10-27; ANTE MERIDIEM; TRIAL;* |
| | Created: 10/01/2021 4:59 PM |
| 10/01/2021 | Motion/Order to Continue |
| | *Court Session: 2021-10-27; ANTE MERIDIEM; TRIAL;* |
| | Created: 10/01/2021 4:22 PM |

10/01/2021
Warrant for Arrest Returned Served      (Judicial Officer: OATES, SUSAN N)
*Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N' DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'Y' Event Date: 10/01/2021 Comment: Time of Service: 4:22 PM Arrest #: Serving Officer Agency: Henderson County Sheriffs Office Serving Officer Badge #: 5073 Serving Officer: HOOTS, JUSTIN A*
Crim Proc #: 21WFA1027088
Charges:
51. INJURY TO PERSONAL PROPERTY (2912)
Created: 10/01/2021 12:00 AM

10/01/2021
Warrant for Arrest Assigned/Reassigned      (Judicial Officer: OATES, SUSAN N)
*Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N' DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'Y'*
Instrument #: 21WFA1027088
Charges:
51. INJURY TO PERSONAL PROPERTY (2912)
Created: 10/01/2021 12:00 AM

10/01/2021
Release Order Issued
*Process Status: 'ISSUED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N' DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'Y' Source: 'CRCT_OBO' CD: 'SLF' NM: 'SUSAN N OATES' Related Cases: '21CR053859-440-M' Related Processes: '21WFA1027088'*

Crim Proc #: 21RO1027391
Charges:
51. INJURY TO PERSONAL PROPERTY (2912)
Created: 10/01/2021 12:00 AM

10/01/2021
Warrant For Arrest Issued     (Judicial Officer: OATES, SUSAN N)
*Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N'*
*DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'Y'*
: 21WFA1027088
Charges:
51. INJURY TO PERSONAL PROPERTY (2912)
Created: 10/01/2021 12:00 AM

10/01/2021     Legacy Process Served Date
                Created: 10/01/2021 12:00 AM

10/01/2021     Warrant For Arrest Issued
                *CRRPRC:W*
                Created: 10/01/2021 12:00 AM

---

## Dispositions

---

10/25/2022     **Amended Disposition** Reason: Arraignment
                51. INJURY TO PERSONAL PROPERTY
                VD-Superior Dismissals w/o Leave by DA - No Plea Agreement
                Created: 10/25/2022 12:00 AM

03/24/2022     **Plea**
                BROWN, MACKENZIE ELAINE
                51. INJURY TO PERSONAL PROPERTY
                Not Guilty
                Created: 03/24/2022 12:00 AM

03/24/2022     *Disposition (Judicial Officer: ACIS, EGC)*
                *51. INJURY TO PERSONAL PROPERTY*
                *District Guilty - Judge*
                *Created: 03/24/2022 12:00 AM*

03/24/2022     *Amended Disposition (Judicial Officer: COWAN, EMILY GREENE) Reason: Appeal to superior court*
                *51. INJURY TO PERSONAL PROPERTY*
                *Appeal to Superior Court*
                *Created: 03/24/2022 12:00 AM*

---

## Hearings

---

11/07/2022     **Disposition Hearing**   (9:00 AM)
                *Hearing Held*
                Created: 11/07/2022 12:00 AM

10/25/2022     **Disposition Hearing**   (9:00 AM)
                *Hearing Held*
                Created: 10/25/2022 12:00 AM

03/24/2022     **Disposition Hearing**   (9:00 AM)   (Judicial Officer: COWAN, EMILY GREENE)
                *Hearing Held*
                Created: 03/24/2022 12:00 AM

---

## Bond Settings

---

10/01/2021     **Bond Setting**
                Set by Judge $2,000.00 Secured Bond - Professional Surety
                Conditions:
                - Arrestable Restrictions- Default

Case 1:23-cv-00270-MR-WCM     Document 54-1     Filed 03/10/25     Page 22 of 46

- Additional Information- Default
- Detention Facility - Detention Facility-



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

CASE NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

Plaintiff

v.                                                    EXHIBIT 7

HENDERSON COUNTY SHERIFF'S

OFFICE, et. al

Defendants

EXHIBIT 7: COMMENTS SECTION OF
FACEBOOK POST

     +

 **Lisa Gonce- Payne**
This young woman highlights the issues with people today...no morals for
themselves no respect for others. This car is a blessing for so many. This is a hate
crime and she should be charged. Just pathetic!

2y   Like       188

 Jerry Lecomte replied · 28 Replies

 **Troy Edwards** 
What an Ahole

2y   Like

 **Amanda Goll**
Pretty car keep her looked up for a few days 😊 

2y   Like

 **Tracy Lane Williams**
Hell with her family!!! She's not the victim!! So should we stop putting up wanted
pictures because the family might get embarrassed!! Give me a damn break!!

2y   Like       29

 Reuben Hunt replied · 8 Replies

 ⚜ Top fan
**Veezlee Mic**
It's called common decency, respect for what the pink sheriffs patrol car stands
for.... Not to be vandalized by some thug!!

2y   Like   Edited      2

 **Kimberly Hodge**
Nothing but total ignorance!!! 

2y   Like    3

 **Jerry Sams**
They should give her a pink jumpsuit to wear.... 

2y   Like    6

 **Sharon Stallworth**
How sad. We work So hard for our recovery.. 

2y   Like   Edited    4

 **Jimmy Sigmon**
Glad yall caught her 
The car is awesome btw

2y   Like

 **Monique Martel Kirby**
Laughing stock for many years. Good for her for acquiring a police record!!

2y   Like    11

**Andy Anderson**
I am so glad you posted this...what an embarrassment to society. I'm sorry your car got messed up, though.

2y    Like

🏆 Top fan
**Donna Harvey Rhodes**
She needs to be assigned some community service at a cancer center.

2y    Like                                              371

🔲 Luis Davila replied · 18 Replies

**Emily Runge**
"Enjoy your visit "back" to jail". Well, now. 😊

2y    Like

**Terri Martin**
I am angry because of this individuals disrespect for everyone who has suffered from cancer, myself included. I just pray that she never has to suffer from the dreadful disease. Once again, WAY TO GO HCSO!!!

2y    Like                                              55

**Jacqueline Bronson**
Lame brain!

2y    Like

**Theresa Ball**
What is wrong with people??

2y    Like

**Missy Fletcher Coull**
We came by this afternoon for my Aunt to sign the car and wondered where it was.... Now we know
How ridiculous is she !!

2y    Like

🔲 Lori Volpe Vesely replied · 1 Reply

**Stacy Mahaffey**
What we have here is what we call a libtard

2y    Like                                              2

**Jackie Swift**
Lol. I'm driving

2y    Like

**Stacey M Haberberger**
Should've had pink jumpsuits too for her

       

 **Pamela Dickson**
I'm curious about the person that said people could write on the car. That that was
encouraged. I'm not in the County now so I don't know what transpired in that way. 
I am curious to know what the words were. People are dumb and if you open things
up I... See more

2y  Like

 **Annie Holness**
**William Holness** 

2y  Like

 💎 Top fan
**Tina Brevard**
So sad that she'd do that..What it had.been someone in her family? 🤷 

2y  Like   6

 🖼  Newbro Stash replied · 2 Replies

 **Kimberley Pack**
Wished I could have been with **Crystal Landers** on this one 😅
 5

2y  Like

 🖼 Amanda McGinnis Govern replied · 2 Replies

 **Ty-sen Brez-ler**
I see she sharpie marker the car all over the hood! What a knuckle head. 

2y  Like

 **Debbie Butler**
Disrespectful redneck!  

2y  Like

 **John Holley**
NICE! 🤍 

2y  Like

 **Patti Simpson**
It was so pretty with the pink lights. I think it is so nice. Idiots everywhere these
days. 

2y  Like  3

 **Tina Gross**
She deserved to be humiliating for her action! SMDH.  🤍

2y  Like

**Dylan Sims**
Corey Thurman

2y  Like

**Jennifer Eazor Francis**

       


**Tammy Manley**
She just sealed her fate for breast cancer! 
2y   Like


**David Batchelder**
She better be the DA of the Day on **The Eddie Foxx Show** tomorrow morning
2y   Like        3


**Lolita Vegarina**
What she do? Did she wrote something to the car? 
2y   Like


**Victoria Sheiry Lovelace**
**Michael Wayne Lovelace** 
2y   Like


**Rhonda Banks McMahan**
I thought this has to be a Joke? I mean Why? Just Crazy... 
2y   Like 


**Pam Shipman**
Ride of shame. I'm so glad she had to ride in the vehicle she vandalized and that her photo is with the car representing Breast Cancer Awareness. Her actions were a violation to our law enforcement and victims of breast cancer. I pray she has a chan... **See more**
2y   Like   Edited       30


**Janine Mazur**
It really is a shame that she thought this was okay and that her generation has no respect.
2y   Like 


**Brandon Southard**
**Shelby Alexis** 
2y   Like


**Danielle O'Renick Miller**
I love the last hastag letting us know it wasn't her first stupid game she played.  People like this are infuriating.
2y   Like


**Valerie Templeton**
Love that car 
2y   Like


**Anne Drury**
**Tim Drury....** 
2y   Like
Linda D Moore 

       

2y    Like

 **Skyler Decker**
**Alyssa Campbell** 

2y    Like

 **Scotty O'Shea**
Put her on a flight to Afghanistan 

2y    Like

 **Judy Mason Thompson**
Another punk...disrespectful. 

2y    Like    Edited

 **Brooke Sassypants Breen**
Play stupid games, win stupid prizes...aka fk around and find out. 

2y    Like

 **Art Burleson**
Give her a mastectomy..shave her head...put 02 tubing in her nose (without 02 flow) ...enough benedryl to make her groggy but not sleep...and keep her awake all hours of the day and night while in jail... for a few years 

2y    Like

 **Bobby Holland**
Antifa member 

2y    Like

 **Marla Brown**
So we all have empathy for victims of breast cancer, but not for victims of mental illness? What a bunch of effing hypocrites. 

2y    Like     3

 Curtis Everhart replied · 1 Reply

 **Lynne Parr**
I love the ending to this story. 

2y    Like

 **Jason Sarvis**



       

 **Jessica Wheatley**
How about the PD donates some money to research and treatment, rather than driving around a virtue signal for a month. 

2y    Like     4

 **Christine Metcalf**
Make sure to let McKenzie know that Advent health is participating in free mammogram screenings this month. #yourefaveaholenurse 

2y    Like

 **Matthew Neal**
Kinda looks like different handwriting but hard to tell. So maybe she was just the one of the group that got caught 

2y    Like

 **Michael Mynatt**
Put her in jail. What was she possibly thinking? 

2y    Like

 **Lukas Ramirez**
Wow I just saw this car at the courthouse yesterday. 

2y    Like

 **Steve Piper**
They oughtta handcuff her to that tree in the background and make her hug it tightly while profusely apologizing to it for stealing the oxygen it provides

2y    Like     2

 **Sidney Shawn Burleson** 
Lost for words

2y    Like

 **Alyce Baldwin Crimaldi**
.I think she should have to do 100 hours of community service spending time with folks on the cancer floor of a hospital or she should have to sit with people that are having chemo maybe she'll learn some freaking respect 

2y    Like     87

 Mitzi Parker Brummett replied · 4 Replies

 **Chris Lamb**
Why would anyone do this so stupid. We have the best Sheriff Dept in along time. Great job and hope she enjoys her stay 

2y    Like

 **Stefanie Sigmon** 

       

2y   Like

**Vince DellaVella**
Just take her voting rights away. At least we would be ridden of one libtard 

2y   Like   Edited

**Rich Mueller**
What did she do to it? Why did she do it? 

2y   Like

**Sandra Rominger**
Needs jail time 

2y   Like

👑 Top fan
**Christine Thompson**
You have got to be kidding me! While it is your right to dislike or not agree with something that is fine but why be destructive and attempt to ruin something as well as being stupid enough to do this right in front of the department. Cameras are everywhere nowadays. 

2y   Like

**Dana Branch Evans**
Thank you for sharing. I hope she enjoys knowing people in MS enjoy seeing her shame.

2y   Like

**Walter Luffman**
Good work officers 

2y   Like

**Carole Gilliam Kitchen**
I think she needs to meet someone that is dealing with breast cancer and watch what they go through. Disrespectful young woman

2y   Like

**Mike Duffy**
https://www.nationalbreastcancer.org/breast-cancer.../ 

2y   Like

**Faith Little**
Shows lack of respect for Cancer victims. Such a lousy person.... 

2y   Like

**Carolyn Crawford**
Caught on camera. Pay your due.

2y   Like

**Joe Brinson**


       

 **Tom Horonzy**
I'd like to know why? 

2y   Like

 **Bev Ruppert**
That right there is a pure trashy women. She has no clue. Beautiful car. 

2y   Like

 **Lisa Welch**
Donate the $$$ to someone fighting cancer... 

2y   Like

 **Richard Hills**
Awe gee. What a shame, and she got to ride in that brand new pink Paddy Wagon.
If it were me, she would have been "secured to the bumper with a long rope and
'followed along' for a few blocks."

2y   Like

 **Rachel Holland Waldrop**
**Dena Holland-Clark** 

2y   Like

 **Lenora Woodall**
What a horrible thing to do.cancer survivors need to be lifted up not put
down.hopefully she regrets what she did. 

2y   Like

 **Deana Smith**
People are awful I have several who are breast cancer survivor s shame on her 

2y   Like

 **John Morgan**
Bad decision. Hope she learns from it. 

2y   Like

 **Brett Sommer**
You'd be fired for this post in NJ. 

2y   Like

 **Jerry Foster**
Which drug was she on when she went all vandal? 

2y   Like

 **Sheila Wheeler**
Shame on her!! Beautiful car!! 

2y   Like   2

 **Michael Hensley**
**Davina Myers Hensley**

       + 

 **Adam Keyser**
Hahahahahaha 

2y   Like

 **Cordero Alexander**
**Turanga Cheeks** 

2y   Like

 Turanga Cheeks replied · 1 Reply

 **David McConnell**
Can't fix dumbasssism! 

2y   Like

 **Emily Anderson Reasoner** 
Just do not understand why.

2y   Like

 **Stephanie Masciarelli Morrow**
Love my sheriffs !!! That dumb dumb 

2y   Like

 **Stan Dubec**
Ole gray bar hotel, LOL! Good one...
What an evil witch! To ruin something that stands for something so great,
remembering the lost of our love ones and people currently fighting this awful
disease. This girl is absolutely a disgusting human being. 

2y   Like

 **Harold Alston**
Her family must be so proud. 

2y   Like

 **Bobbi Proctor**
She is probably out of jail. Should be have to work in a cancer unit in a hospital. 
Heavily supervised of course.

2y   Like

 **Kelli Tinsley**
Cool  

2y   Like

 **Michelle Parker**
Why would you do such a stupid thing 

2y   Like

**Carol Shaffer**
Omg!!! What is wrong with her??? So very sorry this happened! I just saw this
vehicle yesterday and it warmed my heart to see it on display as I am a breast
cancer survivor! Thank you for all you do, HCSO!

       

2y  Like

**Delores Owenby**
Why would anyone in their right mind want to do this beautiful painting in honor of cancer patients and not even respect for law

2y  Like

**Dakota Moore**
Did she draw a tail and snout on the car?

2y  Like

**Jim Glover**
She really hates breast cancer awareness.

2y  Like

**Alyssa Belle Terrill**
It's literally not that deep. Get a magic eraser

2y  Like

**Casey Fletcher**
It is possible to care about Breast Cancer, the Police and Mental Illness. I am disheartened that a new patrol car, with a valuable message, was vandalized. I am equally disheartened that the HCSD chose to publicly shame someone suffering from mental ... **See more**

2y  Like  Edited

**Reid Howington**
I hope they give her some time to think about what she did. Two years would be great 😂

2y  Like

**Lisa Henderson**
Wow, how low can you go. Her bond should have been higher and she should have a long stay at the gray bar hotel!

2y  Like

**Scott Vanderwater**
You zoomed in on her crotch ?WTF IS WRONG WITH YOU ? 🐾 🐾 🐾 🐾 🐾

2y  Like  Edited

**Deven Bergeron**
Karma says she will get breast cancer 😷

2y  Like

**Deven Bergeron**
But a $2,000 bond? I know people who've had lower bond for way more serious drug and gun charges what's up with the CJS

2y  Like

      + 

2y   Like

 **Michael Ranfone** 
Looks like a democrat

2y   Like

 **Tiffany Lopez** 
Amazing

2y   Like

 **Tsali Pace**
You should make her bond even higher and use it to raise money for breast cancer
research and such. On the flip side it's just costs the county tax payers to house and
feed her because I doubt she has anyone to pay her bale  

2y   Like

  Shane Huggins replied · 5 Replies

 **Jeff Davis** 
Wow.

2y   Like

 **Sabir Mandil** 
Don't see what she did to it

2y   Like

 **Johnny Gomes** 
Another candidate for citizen of the year


2y   Like   Edited

 **Paxton Kadau** 
Another white liberal woman in jail

2y   Like

 **Anita Bruner Desmond** 
She's a sad sack who needs help

2y   Like

 **Dennis Mckheen** 
Sounds like a waste of tax payer $$

2y   Like   Edited

 **Matteo Disher**
She looks like a winner.

I'd bet she says "I seen" a lot when she talks.

2y   Like

       

 **Cousin Burt**
good job arresting someone for their speech on a medium where their speech was solicited from them without limitation. i hope to see your department eviscerated in court. yet another fine example of how law enforcement isn't required to know anything about the law. 

2y   Like

 **Justina Lindeman Wickersham**
Are you allowed to publicly shame your citizens on Facebook like this? Even if you are, it doesn't mean you should. Is your police force run by people who never left their home town? It seems very unprofessional and childish to me, posting drama like this. 

2y   Like

 **Alec VonBehren**
Literally looks like mother and daughter... 

2y   Like

 **Dawn Thompson**
That car is so awesome looking! How can anyone do such a thing? 

2y   Like

 **Toni Hastings**
WTF is wrong with her 

2y   Like

 **Troy Wilson**
Talk about clogging our system with pointless arrests l.... 

2y   Like

 **Kelsey Kent Grove**
Besides the vandalism. The car looks very nice. I love how much thought was put into it. 🩶 

2y   Like

 **KJ Rolls**
FTB 

2y   Like

 **Mark Fuze Pravato**
Great job! 

2y   Like

 **Chris Yates**
Great job make her famous now. Road crew in pink 

2y   Like

 **Lee Niles**

https://www.facebook.com/story.php?story_fbid=226687436157771&id=100064495491934&_rdr

58/99

       + 

 **Nancy Thompson**
Community service at the cancer center would be only a part of her punishment. As a breast cancer survivor myself, I am deeply troubled by her stupidity. 

2y    Like

 **Damien Baker**
Victor Ramirez Jr 

2y    Like

 **James Lambert**
Public shaming of a lowlife dirtbag.
I LOVE IT!!!!

2y    Like

 **Thin Redline**
Thank you for keeping us abreast of the situation. 

2y    Like

 **Jeremy C Ballantine**
Aw, of course. One of the "ACABers" at least now she now she has a reason to be mad instead of just following internet trends. Good work! 

2y    Like

 **Brenda Feiner**
Glad she got the ride

2y    Like

 **Tracey Gadd Hollan**
Well her parents must be so proud, Magistrate should have given her a higher bond 

2y    Like

 **Anita Castillo**
Good. Disrespecting people with cancer is disgusting and intolerant. 

2y    Like

 **Jane Perry**
Darn right ! Hope she enjoys her stay !

2y    Like

 **Mark Stewart**
I think washing and waxing that very same car twice a week for the 5 years would be a excellent lesson. 

2y    Like

 **Wendy Marie**
Hold ya head up, queen. You're doing the real work. **#f12**

2y    Like                                              2

**Justin Calhoun**
This is what happens when the Republican party brainwashes women into believing

       

2y    Like

 **Matthew Valdez**
200 to bond out and maybe a slap on the wrist misdemeanor .. to her it was probably worth it.

2y    Like

 **Matt Greenawalt**
She can add to her already present prison tattoos!

2y    Like

  **Angela Marie**
Sad child.

2y    Like

 **Steve Mantia**
ACAB - especially these guys

2y    Like     3

 **Leonard Poplaskie**
Good for her. Finally # 1 in something.

2y    Like

 **Marjorie Cairnes**
Good job you go girl

2y    Like

 **Felicia Burdock**
You can't fix stupid.

2y    Like    

 **Sharon Proffitt**
It sort of goes with her hair.

2y    Like

 **Raymond Jeffrey**
Excellent!!! EVERYONE knows what a vile, reeking puddle of ooze she is now.

2y    Like    Edited

 **Shirley Berthrong**
Why just why?

2y    Like

 **Tracey Wedel**
Some people are just stupid....

2y    Like

 **Lisa Longstaff**


2y    Like

https://www.facebook.com/story.php?story_fbid=226687436157771&Id=100064495491934&_rdr

     + 

 **Stormy Pruitt Thornton** 
**Kristi Jones Perrine**

2y    Like

 James Doh
Someone should have helped her fall down a few times before taking her in.

2y    Like

 Eileen Frances
There will always be the disrespectful jerks who get the attention. As a 2 time cancer survivor, I commend you for this tribute.
God bless our women and men in blue. 🖤🤍🖤

2y    Like

  Joe Anderson replied · 1 Reply

 Ronnie Browne
Guess there's no innocent until proven guilty in the internet age

2y    Like

 John Brasefield
Dipshit

2y    Like

 Randy Jecks
She deserves more than she will get Im sure.

2y    Like

 Taylor Franciscus
**Courtney Bagwell JoJo Franciscus** lmao

2y    Like

 Donavon Fields
**Morgan Gilley**

2y    Like

  Morgan Gilley replied · 1 Reply

 Andi Lynne
What a 🫏 🤮!!! 🤬

2y    Like

 Michael Jon 



       

 **Ernie Joshua Red Feather**
vandalizing a police car does just as much action as using tax payer dollars for painting a car, rather than donating to actual survivors or research.

2y   Like 

 Ernie Joshua Red Feather replied · 1 Reply

 **Alex Morris**
She really just thought "yeah I doubt sheriff departments have cameras, perfect day to go draw on some cars like a kid." 🤦 

2y   Like

 **Ash Ley**
**Henderson County Sheriff's Office, Hendersonville North Carolina** to cover her stupid actions, ya'll should let survivors write their name on the car! I saw something similar on a Texas patrol car once! It was awesome! 

2y   Like

 **Candy Rain**
What did she write on it?! 

2y   Like

 **Stephen Hennesy**
Idk that public servants drive personal property. 

2y   Like

 **Norberto Rodriguez** 
World's dumbest criminal lol

2y   Like

 **Jason Kendall**
She is a offended offender 

2y   Like

 **Gino Bilyk** 
Psych. Eval

2y   Like

 **Brian Fort** 
What a COMPLETE SHITBAG

2y   Like

 **Jeri Holdren** 
SMDH! Show no common sense at all!

2y   Like

 **John Latchford**
**Franco Politano** 

       



**Reuben Hunt**
Deliberate public shaming on the internet is a cruel and unusual punishment for a misdemeanour. This will likely make it impossible for her to find a job ever again, etc. All because she did some graffiti on a police car? The people commenting have no ... See more

2y    Like



**Tom Woodall**





Tenor

2y    Like



**Nancy Weber** 
Shame on her.

2y    Like



**Jolene Torres**
Great job officers! Karma comes quickly sometimes. Seems like there are way too many people with too much time on their hands!

2y    Like



**Bobby Vogt** 
Outstanding

2y    Like



**Colette Jacke**
She needs to be taught something. As a breast cancer survivor I take this very personal. I hope she rots in jail

2y    Like



**Jesse Cornwell** 
Stupid is as stupid does...

2y    Like



**Cynthia Drummond** 
Shame on her and her disrespect! TY LEO's!

2y    Like



**Julie Dinsmore-Harrold**
Good job officers ! Keep up the great work!

Case 1:25-cv-00270-MR-WCM    Document 54-1    Filed 03/10/25    Page 41 of 46

      

 **Ian Anderson**
Now that they caught the culprit, this cop car will now be able to stop breast cancer somehow.

2y   Like      2

 **Sam Gorrin**



2y   Like      2

 **Judith Dandridge**
You reap what you sow!! I just had breast cancer surgery, and this lady does this! I hope they get her real good!!

2y   Like 

 **Jason Blake**
Aw she looks very oppressed though. She's a good girl, just misunderstood!

2y   Like

 **Marsha D. Bryner**
Very mature, miss. Go straight to jail. Bet your family are proud of you.

2y   Like

**Dennis Milkowski**
Hatred of the police.

2y   Like

 **Monica Roberts**
Loved the story narrative .

2y   Like

 **Stacy Nicole Thompson**
Hope some local survivors get a chance to speak with her privately 

2y   Like

 **Lisandra Dee**
But you let everyone else write on it too bad I cant post a picture of others writing on the hood of the car. Maybe you were just offended by what she wrote. Smh

2y   Like   Edited      3

 **James Hollingsworth**
Congrats Mackenzie!

2y   Like

 

**Jason Steele**
She should have to pay for all the damage for the car to be fixed back to mint condition

2y    Like

 **Danny Fancher** 
Way 2 go dummy

2y    Like

 **Aaliyah Dukes**
I'd vandalize it too. Ugly ahh car 😹 

2y    Like

 **Joseph Morrow** 
Her mom must be so proud

2y    Like

 **David Morales**
That legging pattern should be an additional charge. 

2y    Like

 **David Morales** 
Wut

2y    Like

 **Michael Williams**
The vandalization was messed up. Got to ask though, why was money put towards that instead of, ya know, breast cancer research? 

2y    Like

 **Cindy Leach**  
Nitwit

2y    Like

 **Heather Eiram**
What a POS. No one can ever have anything nice because of people like her, what a disgrace.
2y    Like

 **Lori Ann Carr**
Why would she do that, she deserves what she gets 

2y    Like

 **JW Ace** 
Waste of police dollars

2y    Like

 **Dianna Husted**
I lost a sister to breast cancer, that lady should show respect to the people who have passed away and who are suffering from it!! Thank you for the Tribute Car, it 

Case 1:23-cv-00270-MR-WCM    Document 54-1    Filed 03/10/25    Page 43 of 46

       + 

 **Mathew Wehner**
Well that was dumb good job 

2y    Like

 **Cristian Cristian**
Play stupid games, win stupid prizes!!! I wander why was she frustrated? 

2y    Like

 **Andrea Jolivette**
WHY 
THAT CAR DIDN'T HARM ANYONE

2y    Like

 **Martha Stewart-Kilmer**
what a maroon 

2y    Like    2

 **Dan Mcnail IV**
If this was in houston she would have a 100$ bond 

2y    Like

 **Sheila Hand Faught**
All I will say is that was stupid. But why did she do that? Wow 

2y    Like

 **Gail Jones**
Wow, just wow! I hope she has to pay for the damages! 

2y    Like

 Michael Herrington replied · 1 Reply

 **Brandon Israel**
Liberal syndrome, its a real and dangerous thing 

2y    Like

 **Jerry Ammerman**
Must be as proud of herself as her parents are of her now. It's awesome they have this pic of her. Look at me now!!! 

2y    Like

 **CJ Renn** 

# CERTIFICATE OF SERVICE

I certify that I filed the foregoing to the U.S. Clerk of Courts Office, and mailed a copy to the following attorney's of the Defendants:

Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500, Charlotte, NC 28202
Telephone: 704-331-4992
Facsimile: 704-338-7814
sean.perrin@wbd-us.com
Counsel for Defendants Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal Landers, Johnny Duncan, Bradley Reece, and Brittany Maybin.

and

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629, Raleigh, NC 27602
Telephone: (919) 716-6800
Fax: (919) 716-6755
eobrien@ncdoj.gov
State Bar No. 28885
Counsel for Defendants Susan Oates & Emily Cowan.

Dated _March 7, 2025_

_Mackenzie Elaine Brown_

Mackenzie Elaine Brown,
Plaintiff & Pro Se Litigant
158 Haven Rd, East Flat Rock, NC 28726
P: 828-489-5080
E: mackenzieb0897@gmail.com