IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

    Plaintiffs,

v.

HENDERSON COUNTY
SHERIFF'S OFFICE, et al.

    Defendants.

**ANSWER TO AMENDED COMPLAINT**

Defendants Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan, Jr., Bradley R. Reese, and Brittany Nicole Maybin answer Plaintiff's Amended Complaint as follows:

## I. JURISDICTION

Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations of paragraphs A and B on pages 2-3.

## II. PARTIES

Defendants admit only that they were employed by the Henderson County Sheriff's Office during the events in question. Except as so admitted, Defendants deny the remaining allegations on pages 3-6.

## III. FACTS

Defendants admit that Plaintiff wrote "12 Sux" on the pink patrol car, that Landers and Warren arrested her, that Plaintiff was served with an order for arrest, and that Duncan made posts about Plaintiff's arrest on the Sheriff's Office Facebook page. Defendants further admit that Reece issued Plaintiff an animal control warning, that Plaintiff was convicted in Henderson County district court, and that the case was dismissed in superior court. Except as so admitted, Defendants deny the remaining allegations on pages 7-23.

## IV. CLAIMS

### FIRST CLAIM

Defendants deny the allegations in these paragraphs on pages 24-26.

### SECOND CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 26-27.

### THIRD CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 27-28.

.

## FOURTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 28-30.

## FIFTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 30-31.

## SIXTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 31-32.

## SEVENTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 32-33.

## EIGHTH CLAIM

Defendants deny the allegations in these paragraphs on page 33.

### NINTH CLAIM

Defendants deny the allegations in these paragraphs on pages 34-35.

### TENTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on page 35.

### ELEVENTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 35-36.

### TWELFTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 36-38.

### THIRTEENTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 38-39.

### FOURTEENTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on pages 39-40.

### FIFTEENTH CLAIM

This claim was dismissed by the Court so Defendants deny the allegations in these paragraphs on page 40.

## V. INJURIES

Defendants deny the allegations in this paragraph.

## VI. RELIEF

Defendants deny the allegations in this paragraph.

### FIRST AFFIRMATIVE DEFENSE

Defendants are entitled to qualified immunity for the individual capacity section 1983 claims asserted against them.

WHEREFORE, Defendants request that the Plaintiff take nothing by way of her Complaint, for trial by jury, and for any other relief deemed appropriate by the Court.

This 1st day of April 2025.

                                                                    <u>s/Sean F. Perrin</u>
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina  28202
Telephone:  704-331-4992
Facsimile:   704-338-7814
Sean.Perrin@wbd-us.com
*Attorney for Defendants Henderson County Sheriff's Office, Robert Jordan Warren, Michael Scott Lindsay, Crystal D. Landers, Johnny E. Duncan, Jr., Bradley R. Reese, and Brittany Nicole Maybin*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via the CM/ECF system and mailed the foregoing to the following non CM/ECF user as follows:

Mackenzie Elaine Brown
158 Haven Road
East Flat Rock, NC 28726


Dated: April 1, 2025.

s/Sean F. Perrin