IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-270

MACKENZIE ELAINE BROWN

         Plaintiffs,

v.

HENDERSON COUNTY
SHERIFF'S OFFICE, et al.

         Defendants.

**RESPONSE TO PLAINTIFF'S
MOTON TO STAY INITIAL
ATTORNEY'S CONFERENCE**

       Defendants are filing this response to Plaintiff's motion to stay initial attorney's conference. [Document 60]. On April 16, 2025, the Parties engaged in an initial attorneys conference, and a certification of that conference was filed with the Court. [Document 61]. As a result, Plaintiff's motion is moot and should be denied.

This 17th day of April, 2025.

                                    s/Sean F. Perrin
                                    Womble Bond Dickinson (US) LLP
                                    301 S. College Street, Ste. 3500
                                    Charlotte, North Carolina  28202
                                    Telephone:  704-331-4992
                                    Facsimile:  704-338-7814
                                    Sean.Perrin@wbd-us.com
                                    *Attorney for Defendants Henderson County
                                    Sheriff's Office, Robert Warren, Michael
                                    Lindsay, Crystal Landers, Johnny Duncan,
                                    Jr., Bradley Reese, and Brittany Maybin*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing via the CM/ ECF system and mailed the foregoing to the following non CM/ ECF user as follows:

Mackenzie Elaine Brown
158 Haven Road
East Flat Rock, NC 28726

Dated: April 17, 2025.

s/Sean F. Perrin