## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:23-cv-00270-MR-WCM

| | | |
|---|---|---|
| MACKENZIE ELAINE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT JORDAN WARREN, | ) | |
| *Sheriff Deputy with Henderson* | ) | |
| *County Sheriff's Office - Patrol Division*; | ) | |
| MICHAEL SCOTT LINDSAY, | ) | |
| *Sheriff Deputy with Henderson County* | ) | |
| *Sheriff's Office - Patrol Division*; | ) | |
| CRYSTAL D. LANDERS, | ) | |
| *Sheriff Deputy with Henderson County* | ) | |
| *Sheriff's Office - Patrol Division*; | ) | |
| JOHNNY E. DUNCAN, JR., | ) | |
| *Henderson County Director of* | ) | |
| *Technical Services/Public* | ) | |
| *Information Officer*; | ) | |
| BRADLEY R. REECE, | ) | |
| *Animal Enforcement Officer with* | ) | |
| *Henderson County Sheriff's Department*; | ) | |
| BRITTANY NICOLE MAYBIN, | ) | |
| *Detention Facility Officer with* | ) | |
| *Henderson County Detention Facility*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on "Plaintiff's Motion to Stay Initial

Attorney's Conference" (the "Motion," Doc. 60), by which Plaintiff requests that

the Initial Attorneys' Conference be stayed. Defendants have responded in opposition. Doc. 63.

As the parties have filed a Certification and Report of F.R.C.P 26(f) Conference and Proposed Discovery Plan (Doc. 61), which indicates a conference was conducted on April 16, 2025, the Motion is moot.[1]

A stay of the deadline for the parties to conduct an Initial Attorneys' Conference is also unnecessary since the parties will be given an opportunity be heard regarding a case management plan during an Initial Pretrial Conference, which the undersigned intends to conduct in person at the appropriate time.

Accordingly, Plaintiff's Motion to Stay Initial Attorney's Conference (Doc. 60) is **DENIED AS MOOT**.

It is so ordered.

Signed: April 21, 2025

W. Carleton Metcalf
United States Magistrate Judge

---

[1] In fairness, that report noted that Plaintiff was participating "under protest" given her pending motions.