Mackenzie Elaine Brown
158 Haven Rd
East Flat Rock, NC 28726

GREENVILLE SC 296

28 APR 2025 PM 1 L



RECEIVED
ASHEVILLE, NC

APR 30 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

U.S. District Court Clerk
100 Otis St.
Asheville, NC 28801

28801-261184