FILED: May 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1499
(1:23-cv-00270-MR-WCM)

_____

MACKENZIE ELAINE BROWN

         Plaintiff - Appellant

v.

HENDERSON COUNTY SHERIFF'S OFFICE; ROBERT JORDAN WARREN, Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division; MICHAEL SCOTT LINDSAY, Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division; CRYSTAL D. LANDERS, Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division; JOHNNY E. DUNCAN, JR., Henderson County Director of Technical Services/Public Information Officer; BRADLEY R. REECE, Animal Enforcement Officer with Henderson County Sheriff's Department; BRITTANY NICOLE MAYBIN, Detention Facility Officer with Henderson County Detention Facility; SUSAN N. OATES, Magistrate with North Carolina Administrative Office of the Courts; EMILY GREENE COWAN, District Court Judge with the North Carolina Consolidated Judicial Retirement System

         Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
|---|---|
| Originating Case Number | 1:23-cv-00270-MR-WCM |

| Date notice of appeal filed in originating court: | 04/30/2025 |
|---|---|
| Appellant | Mackenzie Brown |
| Appellate Case Number | 25-1499 |
| Case Manager | Anisha Walker<br>804-916-2704 |